**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Porters Neck Country Club, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-1750141** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8403 Vintage Club Drive** **Wilmington, NC 28411** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New Hanover** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.portersneckcountryclub.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Porters Neck Country Club, Inc.** _____    Case number *(if known)* _____
     Name

---

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**        .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Porters Neck Country Club, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 19, 2019**
MM / DD / YYYY

**X /s/ David Adams**                                              **David Adams**
Signature of authorized representative of debtor          Printed name

Title    **President and Member of the Board of Trustees**

---

**18. Signature of attorney**

**X /s/ Jason L. Hendren**                           Date **September 19, 2019**
Signature of attorney for debtor                          MM / DD / YYYY

**Jason L. Hendren**
Printed name

**Hendren, Redwine & Malone, PLLC**
Firm name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone  **(919) 420-7867**      Email address  **jhendren@hendrenmalone.com**

**NC State Bar 26869 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Porters Neck Country Club, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 19, 2019**    X **/s/ David Adams**
                             Signature of individual signing on behalf of debtor

                             **David Adams**
                             Printed name

                             **President and Member of the Board of Trustees**
                             Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Porters Neck Country Club, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Big Sky Design, Inc. Attn: Managing Agent 4037 Masonboro Loop Road Wilmington, NC 28409** | | **business debt** | | | | **$3,924.33** |
| **Chambliss & Rabil Attn: Managing Agent 3614 Haworth Drive Raleigh, NC 27609** | | **business debt** | | | | **$38,983.03** |
| **Clubessential, LLC Attn: Managing Agent PO Box 936267 Atlanta, GA 31193** | | **business debt** | | | | **$7,727.58** |
| **Coastal Chemical & Paper, Inc. Attn: Managing Agent 2045 Corporate Drive Wilmington, NC 28405** | | **business debt** | | | | **$4,777.11** |
| **Coca-Cola Bottling Co. Attn: Managing Agent P.O. Box 602937 Charlotte, NC 28260-2937** | | **business debt** | | | | **$4,130.25** |
| **Diversified Energy Attn: Managing Agent P.O. Box 10192 Wilmington, NC 28404** | | **utilities** | | | | **$5,967.65** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Porters Neck Country Club, Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Duke Energy Progress Attn: Managing Agent PO Box 1003 Charlotte, NC 28201** | | **utilities** | | | | **$4,604.24** |
| **Green Resource Attn: Managing Agent P.O. Box 429 Colfax, NC 27235** | | **business debt** | | | | **$11,673.71** |
| **Illuminate Electrical Services Attn: Managing Agent P.O. Box 905 Carolina Beach, NC 28428** | | **business debt** | | | | **$2,520.92** |
| **Inland Seafood Attn: Managing Agent Atlanta, GA 31145** | | **business debt** | | | | **$3,299.67** |
| **Lowes Attn: Managing Agent P.O. Box 530954 Atlanta, GA 30353-0954** | | **business debt** | | | | **$8,220.14** |
| **Mid-Atlantic Specialties, Inc. Attn: Managing Agent P.O. Box 98749 Raleigh, NC 27624** | | **business debt** | | | | **$30,932.00** |
| **Port City Staffing Attn: Managing Agent P.O. Box 7660 Wilmington, NC 28406** | | **business debt** | | | | **$10,528.44** |
| **Porters Neck Limited Partnership c/o Oliver & Cheek, PLLC P.O. Box 1548 New Bern, NC 28563** | | **Sanctions 14 CVS 2740** | **Disputed** | | | **$48,690.50** |

Debtor   **Porters Neck Country Club, Inc.**            Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Springer-Eubank Oil Co Attn: Managing Agent 123 W. Shipyard Blvd. Wilmington, NC 28412** | | **business debt** | | | | **$4,164.78** |
| **Sysco Food Services Attn: Managing Agent P.O. Box 129 Selma, NC 27576** | | **business debt** | | | | **$4,980.26** |
| **Titleist-Acushnet Company Attn: Managing Agent P.O. Box 670 Oriental, NC 28571** | | **business debt** | | | | **$4,717.39** |
| **US Foods Attn: Managing Agent P.O. Box 602211 Charlotte, NC 28260-2211** | | **business debt** | | | | **$19,163.84** |
| **Whalen Tennis Company Attn: Managing Agent 12 Amber Lane Asheville, NC 28803** | | **business debt** | | | | **$6,710.32** |
| **Wilson Sporting Goods Attn: Managing Agent P.O. Box 3135 Carol Stream, IL 60132-3135** | | **business debt** | | | | **$2,372.83** |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 3

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Porters Neck Country Club, Inc.**                                    Case No. _____

                                            Debtor(s)                          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and Member of the Board of Trustees** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 19, 2019**                    Signature   **/s/ David Adams**
                                                              **David Adams**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Porters Neck Country Club, Inc.**                                      Case No. _____

_____ Debtor(s)                                                       Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President and Member of the Board of Trustees of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 19, 2019**                          **/s/ David Adams**
_____                                         _____
                                                        **David Adams**/**President and Member of the Board of Trustees**
                                                        Signer/Title

A. Craig Meck
8529 Emerald Dunes Road
Wilmington, NC 28411

Alyson Jordan
129 Hallbrook Farms Circle
Wilmington, NC 28411

Arthur Fitzgerald
400 Wild Dunes Circle
Wilmington, NC 28411

Accutel-Edens Telecom, Inc.
Attn: Managing Agent
P.O. Box 12034
Wilmington, NC 28405

American Pipe Cleaning
Attn: Managing Agent
P.O. Box 10417
Wilmington, NC 28404

Arthur Miles
8910 Mahogany Run
Wilmington, NC 28411

Adam Toppercer
1529 Portsmouth Place
Wilmington, NC 28411

American Tire Distributors
Attn: Managing Agent
Huntersville, NC 28070

Atlanta Textile Distribution
Attn: Managing Agent
P.O. Box 353
Alpharetta, GA 30009

Adidas America, Inc.
Attn: Managing Agent
Dept CH 19361
Palatine, IL 60055-9405

Andrew Ferko
410 White Columns Way
Wilmington, NC 28411

AutoZone, Inc.
Attn: Managing Agent
7100 Market Street
Wilmington, NC 28411

ADT
Attn: Managing Agent
P.O. Box 219044
Kansas City, MO 64121-9044

Andy Sondey
913 Saltwood Lane
Wilmington, NC 28411

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

Advantage Sport & Fitness, Inc.
Attn: Managing Agent
2255 N. Treiphammer Road
Ithaca, NY 14850

Anthony Gallo
120 Hallbrook Farms Circle
Wilmington, NC 28411

Barewood Services
PO Box 323
Hampstead, NC 28443

Alan Goldenberg
350 South Collier Blvd
Apt: 1206
Marco Island, FL 34145

Anthony Giordano
557 Garden Terrace Dr
#101
Wilmington, NC 28405

Becky Phillips
1409 Futch Creek Road
Wilmington, NC 28411

Alisa Brightman
1800 Eastwood Rd #105
Wilmington, NC 28403

Anthony Magnetti
8537 Galloway National Drive
Wilmington, NC 28411

Benny Wall
8648 Fazio Drive
Wilmington, NC 28411

Alsco
Attn: Managing Agent
P.O. Box 958
Kinston, NC 28501

Armand Daniel
8624 Bald Eagle Lane
Wilmington, NC 28411

Beth Black
813 Silver Leaf Place
Raleigh, NC 27609

Big Sky Design, Inc.
Attn: Managing Agent
4037 Masonboro Loop Road
Wilmington, NC 28409

Cape Fear Provisions
Attn: Managing Agent
4541 Technology Drive
Wilmington, NC 28405

Coastal Chemical & Paper, Inc.
Attn: Managing Agent
2045 Corporate Drive
Wilmington, NC 28405

BMI
Attn: Managing Agent
P.O. Box 630893
Cincinnati, OH 45263-0893

Cape Fear Utility Authority
Attn: Managing Agent
235 Goverment Center Drive
Wilmington, NC 28403-7618

Cobra Golf, Inc.
Attn: Managing Agent
P.O. Box 74008948
Chicago, IL 60674-8948

Bobcat of Wilmington
Attn: Managing Agent
P.O. Box 91327
Raleigh, NC 27675

Carl Robinson
8704 Interlachen Circle
Wilmington, NC 28411

Coca-Cola Bottling Co.
Attn: Managing Agent
P.O. Box 602937
Charlotte, NC 28260-2937

Buddy Wrenn
8827 Champion Hills Dr.
Wilmington, NC 28411

Chambliss & Rabil
Attn: Managing Agent
3614 Haworth Drive
Raleigh, NC 27609

Cozzini Bros., Inc.
Attn: Managing Agent
350 Howard Avenue
Des Plaines, IL 60018

Bushwood Golf
Attn: Managing Agent
927 Sheffield Drive
Wilmington, NC 28411

Charles Screen
626 Wild Dunes Circle
Wilmington, NC 28411

Craig Mann
8529 Galloway National Dr.
Wilmington, NC 28411

C.E.S.
Attn: Managing Agent
6407 Amsterdam Way
Wilmington, NC 28405

Christopher Kirchoff
8908 Champion Hills Dr
Wilmington, NC 28411

Damon Arne
8820 Sawmill Creek Lane
Wilmington, NC 28411

Callaway Golf
Attn: Managing Agent
P.O. Box 9002
Carlsbad, CA 92018-9002

Clark Rabon
8912 Woodcreek Circle
Wilmington, NC 28411

Daniel Minoque
1008 Wild Dunes Circle
Wilmington, NC 28411

Canandy & Son Exterminating
Attn: Managing Agent
113 Sweetwater Drive
Wilmington, NC 28411

Clubessential, LLC
Attn: Managing Agent
PO Box 936267
Atlanta, GA 31193

Daniel Sams
428 Beach Road North
Wilmington, NC 28411

Cape Fear Museum
Attn: Managing Agent
814 Market Street
Wilmington, NC 28401

Coastal Beverage
Attn: Managing Agent
301 Harley Road
Wilmington, NC 28405

Darryl Fisher
421 White Columns Way
Wilmington, NC 28411

David E. Grange
1000 Butler National Lane
Wilmington, NC 28411

Deere Credit, Inc.
Attn: Managing Agent
P.O. Box 6600
Johnston, IA 50131

Dynamic Brands
Attn: Managing Agent
2701 Emerywood Pkwy #101
Henrico, VA 23294

David Gray
1501 Jupiter Hills Circle
Wilmington, NC 28411

Dennis Callanan
1008 Butler National Lane
Wilmington, NC 28411

Earl Caison
8220 Bald Eagle Ln
Wilmington, NC 28411

David Jenkins
8506 Hammock Dunes Dr
Wilmington, NC 28411

Derek Miller
8925 Champion Hills Drive
Wilmington, NC 28411

Earl Oxendine
8425 Fazio Drive
Wilmington, NC 28411

David McCarthy
604 Wild Dunes Circle
Wilmington, NC 28411

Directv
Attn: Managing Agent
P.O. Box 105249
Atlanta, GA 30348

Eastern Turf
Attn: Managing Agent
1045 Bragg Blvd.
Fayetteville, NC 28301-4511

David Sechrist
1004 Callawassee Island Dr
Wilmington, NC 28411

Diversified Energy
Attn: Managing Agent
P.O. Box 10192
Wilmington, NC 28404

Ecolab Food Safety
Attn: Managing Agent
24198 Network Place
Chicago, IL 60673-1241

David Smith
120 Charlestowne Sq
Madison, MS 39110

Don Reichard
8355 Vintage Club Circle
Wilmington, NC 28411

Ed Vogelsong
8636 Vintage Club Drive
Wilmington, NC 28411

David Struder
8550 Galloway National Drive
Wilmington, NC 28411

Donald Pastor
8711 Champion Hills Dr.
Wilmington, NC 28411

Edward Weed
411 Black Diamond Dr
Wilmington, NC 28411

David Swick
8545 Galloway National Dr
Wilmington, NC 28411

Dragonfly Pond Works
Attn: Managing Agent
P.O. Box 1089
Apex, NC 27502-1089

Empire Distributors of NC, Inc.
Attn: Managing Agent
4805 Las Tortugas Drive
Castle Hayne, NC 28429

David Williams
1811 Canaan Dr
Greensboro, NC 27408-3634

Duke Energy Progress
Attn: Managing Agent
PO Box 1003
Charlotte, NC 28201

Entegra Procurement Services, LLC
Attn: Managing Agent
P.O. Box 360170
Pittsburgh, PA 15251-6170

Ernest Northup
8637 Vintage Club Drive
Wilmington, NC 28411

Francis Pinkston
1108 Tennwood Drive
Wilmington, NC 28411

Geraldine Curtis
8709 Lake Nona Drive
Wilmington, NC 28411

Evelyn Carpenter
318 Olde Point Loop
Hampstead, NC 28443

Frank Laino
8 Ashley Court
Monroe Township, NJ 08831

Gerard Franklin
924 Wild Dunes Circle
Wilmington, NC 28411

Evolve Golf, Inc.
Attn: Managing Agent
805 North 4th Street
Wilmington, NC 28401

Frank Leak
1603 Jupiter Hills Circle
Wilmington, NC 28411

Gery Thompson
1512 Jupiter Hills Circle
Wilmington, NC 28411

Ewing- Castle Hayne
Attn: Managing Agent
4805 Las Tortugas Drive
Castle Hayne, NC 28429-6327

Frank Lopata
8831 Champion Hills Drive
Wilmington, NC 28411

Gesine Rosenberg
808 Everett's Creek Dr
Wilmington, NC 28411

F.P. Fensel Supply
Attn: Managing Agent
P.O. Box 2063
Wilmington, NC 28402

Frederick Strahl
8313 Vintage Club Circle
Wilmington, NC 28411

Global Golf Sales
Attn: Managing Agent
12233 SW 55th Street Ste 802
Fort Lauderdale, FL 33330

First Citizens
Attn: Managing Agent
PO Box 27131 FCC 22
Raleigh, NC 27611-7131

Gary Fontana
1804 Karsten Creek Way
Wilmington, NC 28411

Golf Agronomics Sand & Hauling
Attn: Managing Agent
2165 17th Street
Sarasota, FL 34234

First Citizens Bank
Attn: Managing Agent or Officer
1202 Porters Neck Road
Wilmington, NC 28411

Gary Ramsey
8804 Olympic Lane
Wilmington, NC 28411

Grande Dunes Club Management
Attn: Managing Agent
P.O. Box 14290
Raleigh, NC 27620

Ford's Produce
Attn: Managing Agent
1109 Agriculture St Suite 1
Raleigh, NC 27603

Gear for Sports
Attn: Managing Agent
12193 Collections Center Dr
Chicago, IL 60693

Green Resource
Attn: Managing Agent
P.O. Box 429
Colfax, NC 27235

Francis Bolger
418 White Columns Way
Wilmington, NC 28411

Generator Supercenter of Wilmington
Attn: Managing Agent
6756 Gordon Road
Wilmington, NC 28411

Guy Beale
8574 Galloway National Drive
Wilmington, NC 28411

Hal Garrett
108 Hallbrook Farms Circle
Wilmington, NC 28411

Hillside Signs
Attn: Managing Agent
37 South Lake Road
De Ruyter, NY 13052

J.L. Glass
1118 Tennwood Drive
Wilmington, NC 28411

Happy Chef
Attn: Managing Agent
22 Park Place
Butler, NJ 07405

Howard Rockness
8424 Bald Eagle Lane
Wilmington, NC 28411

Jack Halverson
8401 Emerald Dunes Road
Wilmington, NC 28411

Harold Burton
402 Wild Dunes Circle
Wilmington, NC 28411

Hubert Company
Attn: Managing Agent
25401 Network Place
Chicago, IL 60673-1254

Jack Pfisterer
8303 Vintage Club Circle
Wilmington, NC 28411

Harold Garrish
401 Black Diamond Drive
Wilmington, NC 28411

Ihrie Supply Company
Attn: Managing Agent
1020 E Whitaker Mill Rd
Raleigh, NC 27608

Jacqueline O'Grady
708 Wild Dunes Circle
Wilmington, NC 28411

Henry Adams
8725 Fazio Drive
Wilmington, NC 28411

Illuminate Electrical Services
Attn: Managing Agent
P.O. Box 905
Carolina Beach, NC 28428

Jake Hooks
1505 Jupiter Hills Circle
Wilmington, NC 28411

Herman Mogan
1111 Tennwood Drive
Wilmington, NC 28411

Imperial Headwear Inc.
Attn: Managing Agent
One Paramount Drive
Bourbon, MO 65441

James Daly
816 Wild Dunes Cricle
Wilmington, NC 28411

Highland Capital Corporation
Attn: Managing Agent
P.O. Box 1224
Little Falls, NJ 07424-8224

In the Swim
Attn: Managing Agent
P.O. Box 505428
Saint Louis, MO 63150-5428

James Holderness
8906 Mahogany Run
Wilmington, NC 28411

Highland Capital Corporation
Attn: Managing Agent
5 Center Avenue
Little Falls, NJ 07424

Inland Seafood
Attn: Managing Agent
Atlanta, GA 31145

James Houpt
8901 Saint Ives Place
Wimington, NC 28411

Highland Roofing Co.
Attn: Managing Agent
4310 Deer Creek Lane
Wilmington, NC 28405

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

James Malone
17 Primrose Ave
Floral Park, NY 11001

James  Oliver
1005 Callawassie Island Drive
Wilmington, NC 28411

John  Barbour
1804 Hartefield National Lane
Wilmington, NC 28411

John  Molchan
8901 Champion Hills Drive
Wilmington, NC 28411

James  Stone
3328 Bellewood Forest Circle
Raleigh, NC 27612

John  Bihldorff
105 Elm St
Canton, MA 02021

John  Pisarek
8525 Emerald Dunes Rd.
Wilmington, NC 28411

James  Wilson
1100 Tennwood Drive
Wilmington, NC 28411

John  Criscione
835 Old Medford Ave
Medford, NY 11763

John  Pool
630 Wild Dunes Circle
Wilmington, NC 28411

Jan  Gustafson
8720 Lowes Island Dr.
Wilmington, NC 28411

John  Drew
1005 Butler National Lane
Wilmington, NC 28411

John  Sawyer
8701 Lincolnshire Lane
Wilmington, NC 28411

Jerry  Hardy
4001 Brambletye Ct.
Greensboro, NC 27407

John  Dwight
1520 Jupiter Hills Circle
Wilmington, NC 28411

John  Schoolfield
1513 Jupiter Hill Circle
Wilmington, NC 28411

Jerry  Horton
608 Wild Dunes
Wilmington, NC 28411

John  Fuller
8700 Thornblade Circle
Wilmington, NC 28411

John  Starling
105 Hallbrook Farms Circle
Wilmington, NC 28411

Jim  Murphy
916 Wild Dunes Circle
Wilmington, NC 28411

John  Grimshaw
8960 Woodcreek Circle
Wilmington, NC 28411

John  Tantillo
8417 Fazio Dr
Wilmington, NC 28411

Jim  Rouse
8900 Saint Ives Place
Wilmington, NC 28411

John  Lucey
800 Wild Dunes Circle
Wilmington, NC 28411

John  Wilson
8936 Woodcreek Circle
Wilmington, NC 28411

Joe  Owens
4605 Fairview Dr
Apt  232
Wilmington, NC 28412

John  Millett
8917 Champion Hills Drive
Wilmington, NC 28411

Jon  Beemer
8708 Champion Hills Drive
Wilmington, NC 28411

Jonathan Balkcum
109 Hallbrook Farms Circle
Wilmington, NC 28411

Key Equipment Finance
Attn: Managing Agent
1000 S. McCaslin Blvd.
Superior, CO 80027

Margaret Gordon
8620 Fazio Drive
Wilmington, NC 28411

Joseph Bassett
8401 Fazio Drive
Wilmington, NC 28411

Larry Ankrom
8512 Galloway National Drive
Wilmington, NC 28411

Martin Haller
8549 Galloway National Dr
Wilmington, NC 28411

Joseph Damitz
8822 Champion Hills Drive
Wilmington, NC 28411

Larry King
543 Windstar Lane
Wilmington, NC 28405

Maurice Snavely
8808 Fazio Drive
Wilmington, NC 28411

Joseph Helak
8955 Woodcreek Circle
Wilmington, NC 28411

Linda Woods
7927 Reunion Rd
Wilmington, NC 28411

McConnell Golf
Attn: Managing Agent
P.O. Box 14369
Raleigh, NC 27620-4369

JRM, Inc.
Attn: Managing Agent
P.O. Box 1689
Welcome, NC 27374-1689

Lloyd Peterson
7 Dunaway Court
Greensboro, NC 27408

Medac Health Service
Attn: Managing Agent
4402 Shipyard Blvd
Wilmington, NC 28403

Judy Parlatore
8604 Fazio Drive
Wilmington, NC 28411

Loggerhead Lawn Care
Attn: Managing Agent
P.O. Box 1592
Wrightsville Beach, NC 28480

Michael Cahill
8702 Interlachen Circle
Wilmington, NC 28411

Ken Oakes
8331 Vintage Club Circle
Wilmington, NC 28411

Louis Skrapits
1018 Wild Dunes Circle
Wilmington, NC 28411

Michael Wax
8815 Champion Hills Drive
Wilmington, NC 28411

Kevin Creekmore
8645 Vintage Club Drive
Wilmington, NC 28411

Lowes
Attn: Managing Agent
P.O. Box 530954
Atlanta, GA 30353-0954

Mid-Atlantic Specialties, Inc.
Attn: Managing Agent
P.O. Box 98749
Raleigh, NC 27624

Kevin Crowley
177 Steep Hill Rd
Weston, CT 06883

Mack Braxton
1017 Ashes Drive Suite 202
Wilmington, NC 28405

Mike Chambers
8944 Woodcreek Circle
Wilmington, NC 28411

MoonShot Foods
Attn: Managing Agent
P.O. Box 1638
Wrightsville Beach, NC 28480

Pablo Eguia
P.O. Box 161239
Altamonte Springs, FL 32716

Porters Neck Limited Partnership
c/o Oliver & Cheek, PLLC
P.O. Box 1548
New Bern, NC 28563

Napa Autoparts- Ferrell, Inc.
Attn: Managing Agent
318 North Green Meadow
Wilmington, NC 28405

Patrick Sullivan
1017 Calawassie Island Drive
Wilmington, NC 28411

Private Club Network
Attn: Managing Agent
330 South Warminster Rd, Suite 36
Hatboro, PA 19040

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Paul DeMuro
1201 Futch Creek Rd.
Wilmington, NC 28411

Protection 1/ADT
Attn: Managing Agent
PO Box 219044
Kansas City, MO 64121

NC Dept. of Labor, DES
Attn: Managing Agent
P.O. Box 26504
Raleigh, NC 27611

Pestco Exterminating Co
Attn: Managing Agent
2921 Blue Clay Road
Castle Hayne, NC 28429

R. Clark Pearson
8628 Fazio Drive
Wilmington, NC 28411

NC DHHS
Attn: Managing Agent
2001 Mail Service Center
Raleigh, NC 27699

Ping
Attn: Managing Agent
P.O. Box 52450
Phoenix, AZ 85072-2450

R. Hitchcock
8656 Vintage Club Drive
Wilmington, NC 28411

New Hanover County Tax Department
Attn: Managing Agent
230 Government Center Dr, #190
Wilmington, NC 28403

Pitney Bowes
Attn: Managing Agent
P.O. Box 371887
Pittsburgh, PA 15250

Randy Smith
556 Windstar Lane
Wilmington, NC 28411

Noel Gallagher
1006 Butler National Lane
Wilmington, NC 28411

Pitney Bowes
Attn: Managing Agent
P.O. Box 856460
Louisville, KY 40285

Reed Taffer
502 Tanbridge Rd
Wilmington, NC 28405

Ocean Ridge Plantation
Attn: Managing Agent
53 Ocean Ridge Pkwy SW
Ocean Isle Beach, NC 28469

Pool Professionals of Coastal
Attn: Managing Agent
P.O. Box 91602
Raleigh, NC 27675-1602

Rich Simonetti
418 Black Diamond Dr.
Wilmington, NC 28411

Otis Elevator
Attn: Managing Agent
PO Box 730400
Dallas, TX 75373

Port City Staffing
Attn: Managing Agent
P.O. Box 7660
Wilmington, NC 28406

Richard Anderson
8812 Fazio Dr
Wilmington, NC 28411

Richard Ashenfelter
8709 Thornblade Circle
Wilmington, NC 28411

Richard Carroll
8709 Champion Hills Dr.
Wilmington, NC 28411

Richard Elmer
8323 Vintage Club Circle
Wilmington, NC 28411

Richard Ezzell
8664 Vintage Club Drive
Wilmington, NC 28411

Richard Ferguson
720 Wild Dunes Circle
Wilmington, NC 28411

Richard Furr
c/o Charles Brewer
79 Woodfin Pl #206
Asheville, NC 28801

Richard Glover
408 White Columns Way
Wilmington, NC 28411

Richard Martino
8517 Galloway National Dr.
Wilmington, NC 28411

Richard Proctor
P.O. Box 311
Mendham, NJ 07945

Richard Skurski
936 Wild Dunes Circle
Wilmington, NC 28411

Rita Ackert
8904 Mahogony Run
Wilmington, NC 28411

Rita Scull
8541 Galloway National Dr
Wilmington, NC 28411

Robert Adkins
515 Windstar Lane
Wilmington, NC 28411

Robert Boyer
8920 Champion Hills Drive
Wilmington, NC 28411

Robert DiBona
8933 Champion Hills Dr.
Wilmington, NC 28411

Robert Eakins
8311 Vintage Club Circle
Wilmington, NC 28411

Robert H. Goslee & Assoc.
Attn: Managing Agent
513 Chestnut Street
Wilmington, NC 28401

Robert Huie
8705 Fazio Drive
Wilmington, NC 28411

Robert Ketchum
820 Audobon Way
Apt 203
Lincolnshire, IL 60669

Robert Lloyd
8201 Sage Valley Drive
Wilmington, NC 28411

Robert Preddy
415 Black Diamond Dr
Wilmington, NC 28411

Robert Resh
811 John's Orchard Lane
Wilmington, NC 28411

Robert Ronne
381 Shackleford Drive
Wilmington, NC 28411

Rod Larmee
808 Wild Dunes Circle
Wilmington, NC 28411

Roger Wells
1205 Congressional Lane
Wilmington, NC 28411

Roger Young
8720 Fazio Dr.
Wilmington, NC 28411

Roland Stoner
8533 Galloway National Dr.
Wilmington, NC 28411

Rolf Russart
1013 Callawassie Island Dr.
Wilmington, NC 28411

Ship Sticks
Attn: Managing Agent
324 Datura Street, Suite 400
West Palm Beach, FL 33401

Sterling Cut Glass
Attn: Managing Agent
P.O. Box 75148
Cincinnati, OH 45275-0148

Ronald Lake
8717 Lincolnshire Lane
Wilmington, NC 28411

Shipman & Wright, LLP
Attn: Managing Agent
575 Military Cutoff Road, Ste 106
Wilmington, NC 28405

Steve Nickol
430 White Columns Way
Wilmington, NC 28411

Roy Bussewitz
1511 Jupiter Hills Circle
Wilmington, NC 28411

Sikes Commercial Cleaning
Attn: Managing Agent
108 N Kerr Ave Suite H3
Wilmington, NC 28405

Steven Mayer
8321 Vintage Club Dr.
Wilmington, NC 28411

RST
Attn: Managing Agent
526 Long Leaf Acres Drive
Wilmington, NC 28405

Simmons Irrigation Supply
Attn: Managing Agent
P.O. Box 10
Walterboro, SC 29488

Steven Rothschild
8341 Vintage Club Circle
Wilmington, NC 28411

Russell Zink
8625 Vintage Club Drive
Wilmington, NC 28411

Smith Turf & Irrigation
Attn: Managing Agent
4355 Golf Acres Drive
Charlotte, NC 28272

Stevens Hardware
Attn: Managing Agent
6756 Market Street
Wilmington, NC 28405

Ruth Hogan
933 John's Orchard Lane
Wilmington, NC 28411

Spectrum
Attn: Managing Agent
P.O. Box 70872
Charlotte, NC 28272

Suburban Propane
Attn: Managing Agent
240 Route 10 W
Whippany, NJ 07981

S&D Coffee and Tea, Inc.
Attn: Managing Agent
300 Concord Parkway South
Concord, NC 28026-1628

Springer-Eubank Oil Co
Attn: Managing Agent
123 W. Shipyard Blvd.
Wilmington, NC 28412

Susan Mayne
8506 Emerald Dunes Rd.
Wilmington, NC 28411

Seaview Crab Company
Attn: Managing Agent
1515 Marstellar Street
Wilmington, NC 28401

Stephanie Haley
8703 Decoy Lane
Wilmington, NC 28411

Sysco Food Services
Attn: Managing Agent
P.O. Box 129
Selma, NC 27576

Shapemasters, Inc.
Attn: Managing Agent
1008 Bullard Ct #202
Raleigh, NC 27615

Stephen Stubits
8900 Woodcreek Circle
Wilmington, NC 28411

Talmage Jones
8951 Woodcreek Circle
Wilmington, NC 28411

Taylor Made Golf Company
Attn: TM US Wholesale Lockbox
29516 Network Place
Chicago, IL 60673-1295

Titleist-Acushnet Company
Attn: Managing Agent
P.O. Box 670
Oriental, NC 28571

US Foods
Attn: Managing Agent
P.O. Box 602211
Charlotte, NC 28260-2211

Telcom Communications
Attn: Managing Agent
602 Grange Street
Wilmington, NC 28411

Tommy Ashcraft
1822 Old Mill Creek Rd
Winnabow, NC 28479-5378

Valley Protiens
Attn: Managing Agent
PO Box 643393
Cincinnati, OH 45264

Terri Lerose
1009 Callawassie Island Drive
Wilmington, NC 28411

Tony Cortiglio
8406 Emerald Dunes Rd.
Wilmington, NC 28411

Vicky Hanes
8900 Mahogany Run
Wilmington, NC 28411

Thomas Atkins
1011 Butler National Lane
Wilmington, NC 28411

Toshiba Business Solutions
Attn: Managing Agent
9201 Southern Pine Blvd Ste J
Charlotte, NC 28273

Virgil King
624 Wild Dunes Circle
Wilmington, NC 28411

Thomas Bugbee
708 Squire Lane
Wilmington, NC 28411

Toshiba Financial Serivces
Attn: Managing Agent
1310 Madrid Street, Suite 101
Marshall, MN 56258

Visa Card
Attn: Managing Agent
PO Box 672051
Dallas, TX 75267

Thomas Harris
1509 Jupiter Hills Circle
Wilmington, NC 28411

Town Talk
Attn: Managing Agent
P.O. Box 58157
Louisville, KY 40268

Wage Works
Attn: Managing Agent
P.O. Box 8363
Pasadena, CA 91109-8363

Thomas Jividen
8349 Vintage Club Circle
Wilmington, NC 28411

Triangle Chemical Company
Attn: Managing Agent
PO Box 368
Kinston, NC 28502

Walker Auto and Truck Parts
Attn: Managing Agent
2234 Carolina Beach Rd
Wilmington, NC 28401

Thomas Lee
1527 Portsmouth Place
Wilmington, NC 28411

Tuula Hayes
1129 Futch Creek Rd
Wilmington, NC 28411

Ward & Smith, P.A.
Attn: Managing Agent
P.O. Box 7068
Wilmington, NC 28406-7068

Thomas Myslinski
933 Wild Dunes Circle
Wilmington, NC 28411

U.S. Attorney
Attn: Civil Process Clerk
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

Warren Deutsch
8652 Vintage Club Drive
Wilmington, NC 28411

Waste Industries
Attn: Managing Agent
P.O. Box 791519
Baltimore, MD 21279-1519

William Piner
1104 Tennwood Drive
Wilmington, NC 28411

Wayne Carlstedt
434 White Columns Way
Wilmington, NC 28411

William Randall
408 Black Diamond
Wilmington, NC 28411

Wayne Gibson
8921 Champion Hills Drive
Wilmington, NC 28411

William Smith
925 Saltwood Lane
Wilmington, NC 28411

Welch Tennis Courts, Inc.
Attn: Managing Agent
P.O. Box 7770
Sun City, FL 33586

William Terrell
8640 Fazio Drive
Wilmington, NC 28411

Wells Fargo Equipment Finance
Attn: Managing Agent
800 Walnut, 4th Floor
Des Moines, IA 50309

Wilmington Landscaping, Inc.
Attn: Managing Agent
3739 Excalibur Ave
Wilmington, NC 28403

Whalen Tennis Company
Attn: Managing Agent
12 Amber Lane
Asheville, NC 28803

Wilmington Lawn & Leisure
Attn: Managing Agent
253 South Kerr Ave
Wilmington, NC 28403

William Best
8537 Emerald Dunes Drive
Wilmington, NC 28411

Wilson Sporting Goods
Attn: Managing Agent
P.O. Box 3135
Carol Stream, IL 60132-3135

William Horwath
8932 Woodcreek Circle
Wilmington, NC 28411

Zerah Westbrook
728 Squire Lane
Wilmington, NC 28411

William Novotny
8952 Woodcreek Circle
Wilmington, NC 28411

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Porters Neck Country Club, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Porters Neck Country Club, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 19, 2019**

Date

**/s/ Jason L. Hendren**

**Jason L. Hendren**

Signature of Attorney or Litigant

Counsel for   **Porters Neck Country Club, Inc.**

**Hendren, Redwine & Malone, PLLC**

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
**(919) 420-7867 Fax:(919) 420-0475**
**jhendren@hendrenmalone.com**