# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

IN RE:                                           )
                                                 )
**PORTERS NECK COUNTRY CLUB, INC.**    )          Case No. 19-004309-5-JNC
                                                 )
         Debtor.                       )          Chapter 11
                                                 )

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-referenced debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

1.    For legal services, I have agreed to accept          $Amount unknown
      (To be determined by the Court)

      Prior to filing this statement, I have received       $52,045.10

      In addition, I am holding in trust for               $29,477.25
      attorney's fees/expenses

      Balance Due                                          $Amount unknown
      (To be determined by the Court)

2.    The source of compensation paid to me is:
      [X] Debtor                    [ ] Other (specify)


3.    The source of compensation to be paid to me is:
      [ X] Debtor                   [ ] Other (specify)

4.    [ X ] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a)   Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11, United States Code;

b)   Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

c)   Representation of the debtor at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e)   Additional fees to be approved by the Bankruptcy Court;

6.   By agreement with the debtor, the above-disclosed fee does not include the following services:

   Not applicable

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreements for payment to me for representation of the debtor in this bankruptcy proceeding.

Dated: September 19, 2019       HENDREN, REDWINE & MALONE, PLLC

s/Rebecca F. Redwine
Jason L. Hendren
NC State Bar No.: 26869
Rebecca F. Redwine
NC State Bar No.:  37012
Benjamin E.F.B. Waller
NC State Bar No.:  27680
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 420-7867
Facsimile:  (919) 420-0475
Email:  jhendren@hendrenmalone.com
Email:  rredwine@hendrenmalone.com
Email:  bwaller@hendrenmalone.com
ATTORNEYS FOR DEBTOR