**Fill in this information to identify the case:**

Debtor name        **Porters Neck Country Club, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **19-04309-5**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule*
- ☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  3, 2019**            X **/s/ David Adams**
                                    Signature of individual signing on behalf of debtor

                                    **David Adams**
                                    Printed name

                                    **President and Member of the Board of Trustees**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Porters Neck Country Club, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **19-04309-5**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       **12/15**

### Part 1:  Summary of Assets

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **6,100,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **2,044,475.88**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **8,144,475.88**

### Part 2:  Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **3,204,424.76**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **27,632.19**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **6,017,130.77**

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b            $     **9,249,187.72**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| **Fill in this information to identify the case:** |
|---|

Debtor name    **Porters Neck Country Club, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **19-04309-5**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | **$1,850.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Citizens Bank** | **Checking** | **4593** | **$2,702.09** |
| 3.2. | **First Citizens Bank** | **Checking** | **4462** | **$207.29** |
| 3.3. | **Bank of Ozarks** | **Money Market** | **1505** | **$477,428.27** |
| 3.4. | **Bank of Ozarks** | **Checking** | **7346** | **$59,985.00** |
| 3.5. | **First Citizens Bank** | **Checking** | **4315** | **$3,815.48** |
| 3.6. | **First Citizens Bank** | **Money Market** | **5700** | **$28,139.29** |

Debtor    **Porters Neck Country Club, Inc.**                                        Case number *(If known)*  **19-04309-5**
_____Name_____

| 3.7. | **First Citizens Bank** | **Money Market** | **4999** | **$430.09** |

4.    **Other cash equivalents** *(Identify all)*

| 4.1. | **Trust Deposit with Shipman & Wright, LLP** | **$518,614.99** |

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$1,093,172.50** |

| Part 2: | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | **Utility Deposit- Duke Power** | **$2,871.24** |

| 7.2. | **Deposits/Prepayments held by Debtor for golf carts** | **$4,478.04** |

| 7.3. | **Deposits/Prepayments held by Debtor for personal training** | **$1,102.00** |

| 7.4. | **Deposits/Prepayments held by Debtor for events** | **$10,200.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| 8.1. | **Prepayment- insurance** | **Unknown** |

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.

| **$18,651.28** |

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor  **Porters Neck Country Club, Inc.**                                    Case number *(If known)*  **19-04309-5**
        Name

| 11a. 90 days old or less: | 396,327.49 | - | 39,000.00 | =.... | $357,327.49 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 52,082.04 | - | 41,000.00 | =.... | $11,082.04 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $368,409.53 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

□ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale merchandise and golf clubs in pro shop** | September 2019 | Unknown | Recent cost | $58,571.45 |
| 22. **Other inventory or supplies food & beverage inventory** | 5/31/2019 | Unknown | Recent cost | $27,981.58 |

| 23. | **Total of Part 5.** | $86,553.03 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
□ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
□ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
□ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Porters Neck Country Club, Inc.**                          Case number *(If known)* **19-04309-5**
_____Name_____

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2004 Dodge Dakota**<br>      **VIN: 1D7GL42NX4S591475** | **Unknown** | **N/A** | **$4,000.00** |
| 47.2.   **1995 Ford Ranger XL**<br>      **VIN: 1FTCR10A6SUB63135** | **Unknown** | **N/A** | **$500.00** |
| 47.3.   **1993 Ford Ranger XLT**<br>      **VIN: 1FTCR10U0PTA95339** | **Unknown** | **N/A** | **$2,000.00** |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**    **Total of Part 8.**
      Add lines 47 through 50.  Copy the total to line 87.

| **$6,500.00** |
|---|

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ☑ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor    **Porters Neck Country Club, Inc.**                    Case number *(If known)*  **19-04309-5**
_____
Name

■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **18 hole golf course (Tom Fazio), clubhouse, pools, sports complex, misc. buildings (192.86 acres)** | **Fee simple** | **Unknown** | **Appraisal** | **$6,100,000.00** |

**56.**    **Total of Part 9.**                                                                      | **$6,100,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**    **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**    **Internet domain names and websites**<br>**www.portersneckcountryclub.com** | **Unknown** | **N/A** | **Unknown** |
| **62.**    **Licenses, franchises, and royalties** | | | |
| **63.**    **Customer lists, mailing lists, or other compilations**<br>**membership list** | **Unknown** | **N/A** | **Unknown** |
| **64.**    **Other intangibles, or intellectual property** | | | |
| **65.**    **Goodwill** | | | |

**66.**    **Total of Part 10.**                                                                    | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Porters Neck Country Club, Inc.**                                    Case number *(If known)*  **19-04309-5**
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **chemicals and fertilizer materials** | $17,621.21 |
| **Furniture & Fixtures in the sports complex**<br>**See attached list** | $13,185.10 |
| **Furniture & Fixtures in the clubhouse**<br>**See attached list** | $179,225.74 |
| **Furniture & Fixtures in the pool house**<br>**See attached list** | $59,356.49 |
| **Tennis equipment**<br>**See attached list** | $10,966.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Porters Neck Country Club, Inc.** | Case number *(If known)* **19-04309-5** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **Golf course equipment** | | |
| **See attached list** | | $190,835.00 |

| 78. | **Total of Part 11.** | **$471,189.54** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Porters Neck Country Club, Inc.**                               Case number *(If known)* **19-04309-5**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,093,172.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $18,651.28 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $368,409.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $86,553.03 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $6,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $471,189.54 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,044,475.88 | + 91b.  $6,100,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,144,475.88 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Porters Neck Country Club, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __**19-04309-5**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

| 2.1 | **First Citizens Bank** | Describe debtor's property that is subject to a lien | **$3,150,000.00** | **$6,100,000.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent or Officer
1202 Porters Neck Road
Wilmington, NC 28411**

Creditor's mailing address

**18 hole golf course (Tom Fazio), clubhouse, pools, sports complex, misc. buildings (192.86 acres)**

Describe the lien
__**Deed of Trust**__

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
4/30/2018, 5/7/2018
Last 4 digits of account number
2887**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First Citizens Bank
2. New Hanover County Tax Department**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **New Hanover County Tax Department** | Describe debtor's property that is subject to a lien | $54,424.76 | $6,100,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent
230 Government Center Dr, #190
Wilmington, NC 28403**

Creditor's mailing address

**18 hole golf course (Tom Fazio), clubhouse, pools, sports complex, misc. buildings (192.86 acres)**

Describe the lien
__**Tax Lien**__

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2019**

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

Debtor    **Porters Neck Country Club, Inc.**
_____
Name

Case number (*if know*)    **19-04309-5**
_____

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $3,204,424.76

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name __**Porters Neck Country Club, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __**19-04309-5**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Unknown** | **Unknown** |

| Date or dates debt was incurred | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Basis for the claim:<br>**For Notice Purposes Only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**NC Department of Revenue**<br>**Attn: Bankruptcy Unit**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602-1168** | **$14.18** | **Unknown** |

| Date or dates debt was incurred<br>**2009, 2018** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|
| Last 4 digits of account number __**0141**__<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Basis for the claim:<br>**Sales and use tax**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,618.01 | $27,618.01 |
|---|---|---|---|---|

**NC Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**10/1/94-9/30/95 Franchise $.22**
**10/1/98-9/30/99 Franchise $1.89**
**10/1/99-12/31/99 Franchise: $.47**
**2003: Corporate Income: $1.84**
**2004: Franchise $27,613.59**

Last 4 digits of account number **0141**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**NC Dept. of Labor, DES**
**Attn: Managing Agent**
**P.O. Box 26504**
**Raleigh, NC 27611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $24,000.00 |

As of the petition filing date, the claim is: *Check all that apply.*

**A. Craig Meck**
**8529 Emerald Dunes Road**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | $128.40 |
|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Accutel-Edens Telecom, Inc.**
**Attn: Managing Agent**
**P.O. Box 12034**
**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | $15,000.00 |
|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**Adam Toppercer**
**1529 Portsmouth Place**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,089.87 |
|---|---|---|---|

**Adidas America, Inc.**
**Attn: Managing Agent**
**Dept CH 19361**
**Palatine, IL 60055-9405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $239.86 |
|---|---|---|---|

**ADT**
**Attn: Managing Agent**
**P.O. Box 219044**
**Kansas City, MO 64121-9044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $486.85 |
|---|---|---|---|

**Advantage Sport & Fitness, Inc.**
**Attn: Managing Agent**
**2255 N. Treiphammer Road**
**Ithaca, NY 14850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26,500.00 |
|---|---|---|---|

**Alan Goldenberg**
**350 South Collier Blvd**
**Apt: 1206**
**Marco Island, FL 34145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexander Kuzmuk**
**631 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Notice purposes only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alice T Schauf**
**1009 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Notice purposes only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alisa Brightman**
**1800 Eastwood Rd #105**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Porters Neck Country Club, Inc. | Case number (if known) | 19-04309-5 |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allan E Metzner**
**417 Marsh Oaks Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,013.03 |
|---|---|---|---|

**Alsco**
**Attn: Managing Agent**
**P.O. Box 958**
**Kinston, NC 28501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Alyson Jordan**
**129 Hallbrook Farms Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,850.00 |
|---|---|---|---|

**American Pipe Cleaning**
**Attn: Managing Agent**
**P.O. Box 10417**
**Wilmington, NC 28404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.40 |
|---|---|---|---|

**American Tire Distributors**
**Attn: Managing Agent**
**Huntersville, NC 28070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.00 |
|---|---|---|---|

**Anderson Kill, P.C.**
**Attn: Managing Agent**
**1251 Avenue of the Americas**
**New York, NY 10020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew and Connie Rinko**
**1001 Callawasse Island Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|
| | **Andrew Ferko** <br> **410 White Columns Way** <br> **Wilmington, NC 28411** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,400.00 |
|---|---|---|---|
| | **Andrew Rinko** <br> **122 Mystic Lane** <br> **Jupiter, FL 33458** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |
|---|---|---|---|
| | **Andy Sondey** <br> **913 Saltwood Lane** <br> **Wilmington, NC 28411** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|
| | **Anthony Gallo** <br> **120 Hallbrook Farms Circle** <br> **Wilmington, NC 28411** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,500.00 |
|---|---|---|---|
| | **Anthony Giordano** <br> **557 Garden Terrace Dr** <br> **#101** <br> **Wilmington, NC 28405** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|
| | **Anthony Magnetti** <br> **8537 Galloway National Drive** <br> **Wilmington, NC 28411** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,500.00 |
|---|---|---|---|
| | **Armand Daniel** <br> **8624 Bald Eagle Lane** <br> **Wilmington, NC 28411** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,008.43 |
|---|---|---|---|

**Art Unger**
**C/O Grace Unger**
**8724 Lowes Island Dr**
**Wilmington, NC 28411**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|

**Arthur Fitzgerald**
**400 Wild Dunes Circle**
**Wilmington, NC 28411**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Arthur Miles**
**8910 Mahogany Run**
**Wilmington, NC 28411**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232.30 |
|---|---|---|---|

**Atlanta Textile Distribution**
**Attn: Managing Agent**
**P.O. Box 353**
**Alpharetta, GA 30009**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business debt

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $799.50 |
|---|---|---|---|

**AutoZone, Inc.**
**Attn: Managing Agent**
**7100 Market Street**
**Wilmington, NC 28411**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business debt

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barbara Lambert**
**6517 Old Fort Rd**
**Wilmington, NC 28411**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice purposes only

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barewood Services**
**PO Box 323**
**Hampstead, NC 28443**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.32 | **Becky Phillips**<br>**1409 Futch Creek Road**<br>**Wilmington, NC 28411** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,000.00** |
|---|---|---|---|
| | Nonpriority creditor's name and mailing address | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | **Benny Wall**<br>**8648 Fazio Drive**<br>**Wilmington, NC 28411** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,000.00** |
|---|---|---|---|
| | Nonpriority creditor's name and mailing address | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | **Bernard and Joyce Maguire**<br>**704 Wild Dunes Circle**<br>**Wilmington, NC 28411** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,202.00** |
|---|---|---|---|
| | Nonpriority creditor's name and mailing address | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | **Beth Black**<br>**813 Silver Leaf Place**<br>**Raleigh, NC 27609** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,700.00** |
|---|---|---|---|
| | Nonpriority creditor's name and mailing address | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | **Betty Welday**<br>**627 Wild Dunes Circle**<br>**Wilmington, NC 28411** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Nonpriority creditor's name and mailing address | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ **Notice purposes only** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Beverly Kinderman**<br>**1020 Wild Dunes Circle**<br>**Wilmington, NC 28411** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$26,980.00** |
|---|---|---|---|
| | Nonpriority creditor's name and mailing address | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | **Big Sky Design, Inc.**<br>**Attn: Managing Agent**<br>**4037 Masonboro Loop Road**<br>**Wilmington, NC 28409** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,924.33** |
|---|---|---|---|
| | Nonpriority creditor's name and mailing address | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ **business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bill and Gloria Ahlberg**
**629 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.00 |
|---|---|---|---|

**Bill and Nancy Pearson**
**113 Hallbrook Farms Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,250.00 |
|---|---|---|---|

**Bill Donaldson**
**7919 Blue Herron Drive West**
**Apt. 203**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,459.68 |
|---|---|---|---|

**BMI**
**Attn: Managing Agent**
**P.O. Box 630893**
**Cincinnati, OH 45263-0893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bob Guinessey**
**8705 Thornblade Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $671.00 |
|---|---|---|---|

**Bobcat of Wilmington**
**Attn: Managing Agent**
**P.O. Box 91327**
**Raleigh, NC 27675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,347.00 |
|---|---|---|---|

**Brian and Mary Burke**
**1114 Tennwood Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Ennis**
**1802 Hartefield National Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice purposes only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce Baliko**
**8612 Hammock Dunes Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice purposes only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce Brown**
**1426 Futch Creek Rd**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice purposes only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,018.00 |
|---|---|---|---|

**Bruce Murphy**
**3712 Reston Court, Unit B**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,500.00 |
|---|---|---|---|

**Bruce Prouty**
**8709 Fazio Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|

**Buddy Wrenn**
**8827 Champion Hills Dr.**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.20 |
|---|---|---|---|

**Bushwood Golf**
**Attn: Managing Agent**
**927 Sheffield Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _business debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **C. Edward and Dianene Hjelte**<br>**8605 Hammock Dunes Drive**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice purposes only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,815.00 |
|---|---|---|---|
| | **C. Webster**<br>**3903 Calvin Court**<br>**Burlington, NC 27215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **C.B. Johnson**<br>**524 Goldeneye Cout**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice purposes only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.82 |
|---|---|---|---|
| | **C.E.S.**<br>**Attn: Managing Agent**<br>**6407 Amsterdam Way**<br>**Wilmington, NC 28405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Caleb J Maddox**<br>**95 Briarwood Circle**<br>**Pinehurst, NC 28374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice purposes only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209.40 |
|---|---|---|---|
| | **Callaway Golf**<br>**Attn: Managing Agent**<br>**P.O. Box 9002**<br>**Carlsbad, CA 92018-9002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|
| | **Canandy & Son Exterminating**<br>**Attn: Managing Agent**<br>**113 Sweetwater Drive**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$462.80** |
|---|---|---|---|

**Cape Fear Museum**
**Attn: Managing Agent**
**814 Market Street**
**Wilmington, NC 28401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$259.59** |
|---|---|---|---|

**Cape Fear Provisions**
**Attn: Managing Agent**
**4541 Technology Drive**
**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,802.68** |
|---|---|---|---|

**Cape Fear Utility Authority**
**Attn: Managing Agent**
**235 Goverment Center Drive**
**Wilmington, NC 28403-7618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,174.00** |
|---|---|---|---|

**Carl and Meryl Freeman**
**107 Chimney Rock Ct.**
**Denver, CO 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Carl Robinson**
**8704 Interlachen Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,575.00** |
|---|---|---|---|

**Carol Calderwood**
**C/O  Faith Shartzer**
**205 Moody's Run**
**Williamsburg, VA 23185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,452.00** |
|---|---|---|---|

**Carole Magyar**
**8421 Fazio Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,983.03** |
|---|---|---|---|

**Chambliss & Rabil**
**Attn: Managing Agent**
**3614 Haworth Drive**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  business debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,396.00** |
|---|---|---|---|

**Charles and Anne Dina**
**C/O Carol Underwood**
**PO Box 2427**
**Marbledale, CT 06777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charles DesLaurier**
**8816 Fazio Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Notice purposes only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,215.00** |
|---|---|---|---|

**Charles Holt**
**PO Box 53157**
**Fayetteville, NC 28305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**Charles Screen**
**626 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Goggin**
**637 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Notice purposes only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**Christopher Kirchoff**
**8908 Champion Hills Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chuck Stone**
**8729 Fazio Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Claire Francey**
**110 Castle Bay Dr**
**Hampstead, NC 28443**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,192.00 |
|---|---|---|---|

**Clare and John Stone**
**8613 Vintage Club Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|

**Clark Rabon**
**8912 Woodcreek Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,045.00 |
|---|---|---|---|

**Clifford Hordlow**
**4645 Winged Foot Ct.**
**Apt. 103**
**Naples, FL 34112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clifford Thompson**
**8414 Emerald Dunes**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,727.58 |
|---|---|---|---|

**Clubessential, LLC**
**Attn: Managing Agent**
**PO Box 936267**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

**3.81** Nonpriority creditor's name and mailing address
**Coastal Beverage**
Attn: Managing Agent
301 Harley Road
Wilmington, NC 28405

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$479.39**

**3.82** Nonpriority creditor's name and mailing address
**Coastal Chemical & Paper, Inc.**
Attn: Managing Agent
2045 Corporate Drive
Wilmington, NC 28405

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,777.11**

**3.83** Nonpriority creditor's name and mailing address
**Cobra Golf, Inc.**
Attn: Managing Agent
P.O. Box 74008948
Chicago, IL 60674-8948

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,032.25**

**3.84** Nonpriority creditor's name and mailing address
**Coca-Cola Bottling Co.**
Attn: Managing Agent
P.O. Box 602937
Charlotte, NC 28260-2937

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,130.25**

**3.85** Nonpriority creditor's name and mailing address
**Cometas  Dilanjian**
4220 Oalcton St.
Skokie, IL 60076

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.86** Nonpriority creditor's name and mailing address
**Connie Molenaor**
C/O Betty Johnston
9 Milrose Ave
Westerly, RI 02891

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$25,655.00**

**3.87** Nonpriority creditor's name and mailing address
**Cozzini Bros., Inc.**
Attn: Managing Agent
350 Howard Avenue
Des Plaines, IL 60018

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$44.94**

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**Craig Mann**
**8529 Galloway National Dr.**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Damon Arne**
**8820 Sawmill Creek Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Daniel Minoque**
**1008 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,500.00** |
|---|---|---|---|

**Daniel Sams**
**428 Beach Road North**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darrell Robertson**
**1210 Congressional Ln**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice purposes only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Darryl Fisher**
**421 White Columns Way**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dave Frey**
**8709 Decoy Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice purposes only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Porters Neck Country Club, Inc.** | | Case number (if known) | **19-04309-5** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David and Jennifer Kostyal**
**PO Box 10141**
**Wilmington, NC 28404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Bauereis**
**416 Black Diamond Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Brown**
**712 Squire Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,693.00 |
|---|---|---|---|

**David Dibble**
**6605 Smith Mountain Rd**
**Unit 231**
**Penhook, VA 24137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,750.00 |
|---|---|---|---|

**David E. Grange**
**1000 Butler National Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**David Gray**
**1501 Jupiter Hills Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,275.00 |
|---|---|---|---|

**David H Tremain**
**28255 Knapps Lot St**
**Easton, MD 21601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,068.00 |
|---|---|---|---|

**David Helms**
**8594 Galloway National Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|

**David J Gustincic**
**20479 N Vermillion Cliffs Dr**
**Surprise, AZ 85387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,493.00 |
|---|---|---|---|

**David Jenkins**
**8506 Hammock Dunes Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David K Smith**
**905 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice purposes only 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,770.00 |
|---|---|---|---|

**David Long**
**258 Hundred Oaks Parkway**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,800.00 |
|---|---|---|---|

**David M. Autrey**
**120 Orchard Lane**
**Wilmington, NC 28605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**David McCarthy**
**604 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **David Merrill** | ☐ Contingent |
| | **1601 Jupiter Hills Circle** | ☐ Unliquidated |
| | **Wilmington, NC 28411** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Notice purposes only** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $24,300.00 |
| | **David Pollard** | ☐ Contingent |
| | **25 Inverness** | ☐ Unliquidated |
| | **Plymouth, MA 02360** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **David Riggs** | ☐ Contingent |
| | **417 White Columns Way** | ☐ Unliquidated |
| | **Wilmington, NC 28411** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Notice purposes only** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $30,000.00 |
| | **David Sechrist** | ☐ Contingent |
| | **1004 Callawassee Island Dr** | ☐ Unliquidated |
| | **Wilmington, NC 28411** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $26,966.75 |
| | **David Smith** | ☐ Contingent |
| | **120 Charlestowne Square** | ☐ Unliquidated |
| | **Madison, MS 39110** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $27,000.00 |
| | **David Studer** | ☐ Contingent |
| | **8550 Galloway National Drive** | ☐ Unliquidated |
| | **Wilmington, NC 28411** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $30,000.00 |
| | **David Swick** | ☐ Contingent |
| | **8545 Galloway National Dr** | ☐ Unliquidated |
| | **Wilmington, NC 28411** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,400.00 |
|---|---|---|---|
| | **David Williams** <br> **1811 Canaan Drive** <br> **Greensboro, NC 27408-3634** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Dean Carpenter** <br><br> **Wilmington, NC** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice purposes only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,876.00 |
|---|---|---|---|
| | **Del Pennino and Lisa Graham** <br> **11045 Lost Lake Dr.** <br> **Apt. 203** <br> **Naples, FL 34105** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,423.00 |
|---|---|---|---|
| | **Dennis and Mary Gershowitz** <br> **258 Highlands Dr.** <br> **Hampstead, NC 28443** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|
| | **Dennis Callanan** <br> **1008 Butler National Lane** <br> **Wilmington, NC 28411** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|
| | **Derek Miller** <br> **8925 Champion Hills Drive** <br> **Wilmington, NC 28411** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $674.03 |
|---|---|---|---|
| | **Directv** <br> **Attn: Managing Agent** <br> **P.O. Box 105249** <br> **Atlanta, GA 30348** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __utilities__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,967.65** |
|---|---|---|---|

**Diversified Energy**
**Attn: Managing Agent**
**P.O. Box 10192**
**Wilmington, NC 28404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**Don Reichard**
**8355 Vintage Club Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Donald J Womble**
**8815 Sawmill Creek Ln**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Donald Pastor**
**8711 Champion Hills Dr.**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Donna Friedman**
**1 Drake Drive**
**Hillsdale, NJ 07642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$565.00** |
|---|---|---|---|

**Dragonfly Pond Works**
**Attn: Managing Agent**
**P.O. Box 1089**
**Apex, NC 27502-1089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Duane Seward**
**135 Dogwood Ln**
**Hampstead, NC 28443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| Debtor | **Porters Neck Country Club, Inc.** |
| | Name |

Case number (if known)  **19-04309-5**

---

**3.130** | Nonpriority creditor's name and mailing address | | $4,604.24
**Duke Energy Progress**
Attn: Managing Agent
PO Box 1003
Charlotte, NC 28201

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | | $676.91
**Dynamic Brands**
Attn: Managing Agent
2701 Emerywood Pkwy #101
Henrico, VA 23294

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | | $11,500.00
**Earl Caison**
8220 Bald Eagle Ln
Wilmington, NC 28411

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | | $27,000.00
**Earl Oxendine**
8425 Fazio Drive
Wilmington, NC 28411

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | | $515.97
**Eastern Turf**
Attn: Managing Agent
1045 Bragg Blvd.
Fayetteville, NC 28301-4511

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | | $80.00
**Ecolab Food Safety**
Attn: Managing Agent
24198 Network Place
Chicago, IL 60673-1241

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | | $24,655.00
**Ed Storey**
248 Bentwood Dr.
Leesburg, FL 34748

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Ed Vogelsong**
**8636 Vintage Club Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Edward F Orski**
**8300 Fazio Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Edward Weed**
**411 Black Diamond Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Eileen Ryder**
**C/O Tamara Avis Smith, Esq.**
**107 N 6th St., PO Drawer 2149**
**Wilmington, NC 28402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Eleanor Russell**
**7706-2 Blue Heron Dr. West**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Elizabeth Riveroll**
**C/O Kevin Riveroll**
**84 Weaver St**
**Greenwich, CT 06896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,614.24** |
|---|---|---|---|

**Empire Distributors of NC, Inc.**
**Attn: Managing Agent**
**4805 Las Tortugas Drive**
**Castle Hayne, NC 28429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | 19-04309-5 |
|---|---|---|---|
| | Name | | |

---

**3.144** Nonpriority creditor's name and mailing address

**Entegra Procurement Services, LLC**
**Attn: Managing Agent**
**P.O. Box 360170**
**Pittsburgh, PA 15251-6170**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business debt

Is the claim subject to offset? ■ No  ☐ Yes

**$785.69**

---

**3.145** Nonpriority creditor's name and mailing address

**Ernest and Mildred Mario**
**P.O. Box 445**
**Chatham, NJ 07928**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$26,445.00**

---

**3.146** Nonpriority creditor's name and mailing address

**Ernest Newkirk**
**C/O Eric & Trisha Newkirk**
**8308 Bald Eagle Lane**
**Wilmington, NC 28411**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$24,895.00**

---

**3.147** Nonpriority creditor's name and mailing address

**Ernest Northup**
**8637 Vintage Club Drive**
**Wilmington, NC 28411**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

**3.148** Nonpriority creditor's name and mailing address

**Ernie Wayland**
**8803 Brantwood Court**
**Wilmington, NC 28411**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.149** Nonpriority creditor's name and mailing address

**Erol and Louise Caglarcan**
**8937 Champion Hills Drive**
**Wilmington, NC 28411**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$849.00**

---

**3.150** Nonpriority creditor's name and mailing address

**Evelyn Carpenter**
**318 Olde Point Loop**
**Hampstead, NC 28443**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$26,500.00**

---

| Debtor | **Porters Neck Country Club, Inc.** | | Case number (if known) | **19-04309-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Evelyn S Hight**<br>**1117 Futch Creek Rd**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Notice purposes only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.46 |
|---|---|---|---|
| | **Evolve Golf, Inc.**<br>**Attn: Managing Agent**<br>**805 North 4th Street**<br>**Wilmington, NC 28401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.63 |
|---|---|---|---|
| | **Ewing- Castle Hayne**<br>**Attn: Managing Agent**<br>**4805 Las Tortugas Drive**<br>**Castle Hayne, NC 28429-6327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.48 |
|---|---|---|---|
| | **F.P. Fensel Supply**<br>**Attn: Managing Agent**<br>**P.O. Box 2063**<br>**Wilmington, NC 28402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **First Citizens**<br>**Attn: Managing Agent**<br>**PO Box 27131 FCC 22**<br>**Raleigh, NC 27611-7131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Credit card debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.85 |
|---|---|---|---|
| | **Ford's Produce**<br>**Attn: Managing Agent**<br>**1109 Agriculture St Suite 1**<br>**Raleigh, NC 27603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **business debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Fran Greiner**<br>**802 Porters Neck Rd**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Notice purposes only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,500.00 |
|---|---|---|---|

**Francis Bolger**
**418 White Columns Way**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,752.00 |
|---|---|---|---|

**Francis Curis**
**237 Fern Street**
**West Hartford, CT 06119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,750.00 |
|---|---|---|---|

**Francis Pinkston**
**1108 Tennwood Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,272.00 |
|---|---|---|---|

**Frank and Betsy Suman**
**1202 Congressional Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,225.00 |
|---|---|---|---|

**Frank and Lou Munoz**
**6400 Palmetto Drive**
**Unit #4**
**Isle of Palms, SC 29451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,625.00 |
|---|---|---|---|

**Frank Genovese**
**2706 Stonegate Ct**
**Midlothian, VA 23113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Frank Laino**
**8 Ashley Court**
**Monroe Township, NJ 08831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Porters Neck Country Club, Inc.** | | Case number (if known) | **19-04309-5** |

Name

---

**3.165**  **Frank Leak**
1603 Jupiter Hills Circle
Wilmington, NC 28411

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$24,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.166**  Nonpriority creditor's name and mailing address
**Frank Lopata**
8831 Champion Hills Drive
Wilmington, NC 28411

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167**  Nonpriority creditor's name and mailing address
**Fred Hartwigsen**
2072 Gramercy Place
Hummelstown, PA 17036

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168**  Nonpriority creditor's name and mailing address
**Frederick L Zamparelle**
47 Marion St
Farmingdale, NY 11735

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169**  Nonpriority creditor's name and mailing address
**Fredrick Strahl**
8313 Vintage Club Circle
Wilmington, NC 28411

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170**  Nonpriority creditor's name and mailing address
**G. Robert Marcino**
44 Clearview Dr.
Milford, DE 19963

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,700.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171**  Nonpriority creditor's name and mailing address
**Gary Fontana**
1804 Karsten Creek Way
Wilmington, NC 28411

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Porters Neck Country Club, Inc.**    Case number (if known)    **19-04309-5**
_____
Name

| | |
|---|---|
| **3.172** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $11,500.00 |
| **Gary Ramsey** **8804 Olympic Lane** **Wilmington, NC 28411** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.173** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Gary Teachey** **8713 Champion Hills Dr** **Wilmington, NC 28411** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: __Notice purposes only__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.174** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $27,000.00 |
| **Gary Thompson** **1512 Jupiter Hills Circle** **Wilmington, NC 28411** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.175** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Gary von Kampen** **8505 Emerald Dunes Rd** **Wilmington, NC 28411** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: __Notice purposes only__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.176** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $28,800.00 |
| **Gary W. Best** **27  Landing Rd #1** **Enfield, NH 03748** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.177** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $1,044.00 |
| **Gear for Sports** **Attn: Managing Agent** **12193 Collections Center Dr** **Chicago, IL 60693** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: __business debt__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.178** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $58.85 |
| **Generator Supercenter of Wilmington** **Attn: Managing Agent** **6756 Gordon Road** **Wilmington, NC 28411** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: __business debt__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | | **$604.00** |
| | **George Fanady** | ☐ Contingent | |
| | **117 Hallbrook Farms Circle** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address** | | **$28,000.00** |
| | **George H Johnson** | ☐ Contingent | |
| | **2711 Club Drive** | ☐ Unliquidated | |
| | **Greensboro, GA 30642** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address** | | **$27,000.00** |
| | **Geraldine Curtis** | ☐ Contingent | |
| | **8709 Lake Nona Drive** | ■ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address** | | **$30,000.00** |
| | **Gerard Franklin** | ☐ Contingent | |
| | **924 Wild Dunes Circle** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address** | | **$10,000.00** |
| | **Gesine Rosenberg** | ☐ Contingent | |
| | **808 Everett's Creek Dr** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.184 | **Nonpriority creditor's name and mailing address** | | **$5,643.00** |
| | **Glenn and Stephanie Neighbour** | ☐ Contingent | |
| | **725 Squire Lane** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
| | **Glenna Keller** | ☐ Contingent | |
| | **8521 Galloway National Dr** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ **Notice purposes only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.93 |
|---|---|---|---|

**Global Golf Sales**
Attn: Managing Agent
12233 SW 55th Street Ste 802
Fort Lauderdale, FL 33330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business debt

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,009.96 |
|---|---|---|---|

**Golf Agronomics Sand & Hauling**
Attn: Managing Agent
2165 17th Street
Sarasota, FL 34234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business debt

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,458.94 |
|---|---|---|---|

**Grande Dunes Club Management**
Attn: Managing Agent
P.O. Box 14290
Raleigh, NC 27620

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business debt

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,673.71 |
|---|---|---|---|

**Green Resource**
Attn: Managing Agent
P.O. Box 429
Colfax, NC 27235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business debt

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregory Smith**
8811 Champion Hills Drive
Wilmington, NC 28411

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice purposes only

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,218.00 |
|---|---|---|---|

**Gregory Stone**
7104 Trailmark Road
Wilmington, NC 28405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|

**Guy Beale**
8574 Galloway National Drive
Wilmington, NC 28411

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|
| | **Hal Garrett** | ☐ Contingent | |
| | **108 Hallbrook Farms Circle** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $562.05 |
|---|---|---|---|
| | **Happy Chef** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **22 Park Place** | ☐ Disputed | |
| | **Butler, NJ 07405** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __business debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|
| | **Harold Burton** | ☐ Contingent | |
| | **402 Wild Dunes Circle** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Harold Garrish** | ☐ Contingent | |
| | **401 Black Diamond Drive** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Foreclosure__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,958.00 |
|---|---|---|---|
| | **Harold Garrish** | ☐ Contingent | |
| | **401 Black Diamond Drive** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,560.00 |
|---|---|---|---|
| | **Harvey Molloy** | ☐ Contingent | |
| | **12100 Tango Lane  #103** | ☐ Unliquidated | |
| | **Raleigh, NC 27613** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|
| | **Henry Adams** | ☐ Contingent | |
| | **8725 Fazio Drive** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Herb Michaelis**
**417 White Columns Way**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Herman J Rozycki**
**935 Saltwood Ln**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Herman Mogan**
**1111 Tennwood Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,076.20 |
|---|---|---|---|

**Highland Capital Corporation**
**Attn: Managing Agent**
**P.O. Box 1224**
**Little Falls, NJ 07424-8224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.45 |
|---|---|---|---|

**Highland Roofing Co.**
**Attn: Managing Agent**
**4310 Deer Creek Lane**
**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.50 |
|---|---|---|---|

**Hillside Signs**
**Attn: Managing Agent**
**37 South Lake Road**
**De Ruyter, NY 13052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,800.00 |
|---|---|---|---|

**Hiram P Maxim**
**4928 Three Oaks Blvd**
**Sarasota, FL 34233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Porters Neck Country Club, Inc.** | | Case number _(if known)_ | **19-04309-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$26,500.00** |
|---|---|---|---|
| | **Howard Rockness**<br>**8424 Bald Eagle Lane**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$164.63** |
|---|---|---|---|
| | **Hubert Company**<br>**Attn: Managing Agent**<br>**25401 Network Place**<br>**Chicago, IL 60673-1254** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ business debt _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,242.00** |
|---|---|---|---|
| | **Hugh Phillips**<br>**C/O Stephanie Adams**<br>**PO Box 1409**<br>**Wilmington, NC 28402-1409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30.71** |
|---|---|---|---|
| | **Ihrie Supply Company**<br>**Attn: Managing Agent**<br>**1020 E Whitaker Mill Rd**<br>**Raleigh, NC 27608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ business debt _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,520.92** |
|---|---|---|---|
| | **Illuminate Electrical Services**<br>**Attn: Managing Agent**<br>**P.O. Box 905**<br>**Carolina Beach, NC 28428** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ business debt _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$521.43** |
|---|---|---|---|
| | **Imperial Headwear Inc.**<br>**Attn: Managing Agent**<br>**One Paramount Drive**<br>**Bourbon, MO 65441** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ business debt _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$99.45** |
|---|---|---|---|
| | **In the Swim**<br>**Attn: Managing Agent**<br>**P.O. Box 505428**<br>**Saint Louis, MO 63150-5428** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ business debt _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,299.67 |
|---|---|---|---|

**Inland Seafood**
**Attn: Managing Agent**
**1651 Montreal Circle**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ira Bard**
**8940 Woodcreek Circle**
**Woodstock, CT 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**J.L. Glass**
**1118 Tennwood Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|

**Jack Halverson**
**8401 Emerald Dunes Road**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jack Martini**

**Wilmington, NC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice purposes only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Jack Pfisterer**
**8303 Vintage Club Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Jacqueline O'Grady**
**708 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|
| | **Jake Hooks** | ☐ Contingent | |
| | **1505 Jupiter Hills Circle** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,000.00 |
|---|---|---|---|
| | **James A Rayburn** | ☐ Contingent | |
| | **5370 Coral Ave** | ☐ Unliquidated | |
| | **Cape Coral, FL 33904** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **James and Ann Chapman** | ☐ Contingent | |
| | **8816 Sawmill Creek Lane** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice purposes only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,625.00 |
|---|---|---|---|
| | **James Boyce** | ☐ Contingent | |
| | **C/O Sarah Burger** | ☐ Unliquidated | |
| | **4011 S. Rockingham Rd** | ☐ Disputed | |
| | **Greensboro, NC 27407** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|
| | **James Daly** | ☐ Contingent | |
| | **816 Wild Dunes Cricle** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **James Davis** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Wilmington, NC** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice purposes only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|
| | **James Holderness** | ☐ Contingent | |
| | **8906 Mahogany Run** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**James Houpt**
**8901 Saint Ives Place**
**Wimington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James L McGee**
**716 Squire Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice purposes only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**James Malone**
**17 Primrose Ave**
**Floral Park, NY 11001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**James Oliver**
**1005 Callawassie Island Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Stone**
**3328 Bellewood Forest Circle**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James W Vaugh**
**8804 Sawmill Creek Ln**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice purposes only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**James Wilson**
**1100 Tennwood Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|
| | **Jan Gustafson** | ☐ Contingent | |
| | **8720 Lowes Island Dr.** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,800.00** |
|---|---|---|---|
| | **Janie Barker** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Jannie Walker** | ☐ Contingent | |
| | **1021 Callawassie Island Dr** | ☐ Unliquidated | |
| | **Jacksonville, NC 28540** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Notice purposes only** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,623.00** |
|---|---|---|---|
| | **Jay Melind** | ☐ Contingent | |
| | **1110 Tennwood Drive** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,252.00** |
|---|---|---|---|
| | **Jay Murray** | ☐ Contingent | |
| | **2885 Sanford Ave SW** | ☐ Unliquidated | |
| | **#41974** | ☐ Disputed | |
| | **Grandville, MI 49418** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Jeanne Kendig** | ☐ Contingent | |
| | **C/O Margaret Herring** | ☐ Unliquidated | |
| | **209 Colonia Dr** | ☐ Disputed | |
| | **Wilmington, NC 28403** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Notice purposes only** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Jeff Crumley** | ☐ Contingent | |
| | **8668 Vintage Club Drive** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Notice purposes only** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Jeff Stevens** | ☐ Contingent | |
| | **4 Ridge Rd** | ☐ Unliquidated | |
| | **Franklin, VA 23851** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice purposes only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|
| | **Jerry Hardy** | ☐ Contingent | |
| | **4001 Brambletye Ct.** | ☐ Unliquidated | |
| | **Greensboro, NC 27407** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|
| | **Jerry Horton** | ☐ Contingent | |
| | **608 Wild Dunes** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|
| | **Jim Murphy** | ☐ Contingent | |
| | **916 Wild Dunes Circle** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|
| | **Jim Rouse** | ☐ Contingent | |
| | **8900 Saint Ives Place** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,883.00 |
|---|---|---|---|
| | **Jimmy and Cynthia Stephens** | ☐ Contingent | |
| | **103 Dunnrunnin Point** | ☐ Unliquidated | |
| | **Murphy, NC 28906** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|
| | **Joan Anderson** | ☐ Contingent | |
| | **2041 Culpepper Way** | ☐ Unliquidated | |
| | **The Villages, FL 32162** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | 19-04309-5 |
|---|---|---|---|
| | Name | | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joan E Kuebler**
**8345 Vintage Club Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joan Obernesser**
**8823 Sawmill Creek Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,070.00 |
|---|---|---|---|

**Joanne Purnell**
**707 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,500.00 |
|---|---|---|---|

**Joe Owens**
**4605 Fairview Dr**
**Apt 232**
**Wilmington, NC 28412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Alsop**
**1001 Wild Dunes Circle**
**Richmond, VA 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John and Elaine Gariepy**
**1102 Tennwood Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John and Rosetta Ruppe**
**1110 Congressional Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **John and Rosetta Ruppe** | ☐ Contingent | |
| | **207 Barwick Way** | ☐ Unliquidated | |
| | **Knightdale, NC 27545** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | Basis for the claim: **Notice purposes only** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **John and Rosetta Ruppe** | ☐ Contingent | |
| | **207 Barwick Way** | ☐ Unliquidated | |
| | **Knightdale, NC 27545** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | Basis for the claim: **Notice prupuses only** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **John Baer** | ☐ Contingent | |
| | **438 White Columns Way** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | Basis for the claim: **Notice purposes only** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
| | **John Barbour** | ☐ Contingent | |
| | **1804 Hartefield National Lane** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
| | **John Bihldorff** | ☐ Contingent | |
| | **105 Elm St** | ☐ Unliquidated | |
| | **Canton, MA 02021** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,869.57 |
| | **John C Jester** | ☐ Contingent | |
| | **6 Charleston Square** | ☐ Unliquidated | |
| | **Greensboro, NC 27408** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
| | **John Criscione** | ☐ Contingent | |
| | **835 Old Medford Ave** | ☐ Unliquidated | |
| | **Medford, NY 11763** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Donovan**
**112 W. High Bluff Drive**
**Hampstead, NC 28443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**John Drew**
**1005 Butler National Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**John Dwight**
**1520 Jupiter Hills Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|

**John Fuller**
**8700 Thornblade Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Gariepy**
**1102 Tennwood Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,500.00 |
|---|---|---|---|

**John Grimshaw**
**8960 Woodcreek Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Hepner**
**8308 Fazio Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,490.65 |
|---|---|---|---|

**John J Pastis**
**14 Crystal Lake Rd**
**West Union, WV 26456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,521.00 |
|---|---|---|---|

**John Koons**
**562 Windstar Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|---|---|---|---|

**John Laurine**
**35 Louden Loop**
**Mt. Sinai, NY 11766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**John Lucey**
**800 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John M Mudge**
**8819 Sawmill Creek Ln**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice purposes only__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John McGill**
**8705 Lincolnshire Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice purposes only__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|

**John Millett**
**8917 Champion Hills Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|

**John Molchan**
**8901 Champion Hills Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |
|---|---|---|---|

**John Pisarek**
**8525 Emerald Dunes Rd.**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**John Pool**
**630 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Rappe**
**928 Wild Dunes Circle**
**Leland, NC 28451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Rappe**
**1105 Cresthill Ct.**
**Leland, NC 28451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|

**John Sawyer**
**8701 Lincolnshire Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**John Schoolfield**
**1513 Jupiter Hill Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **John Stair**<br>**403 Black Diamond Dr**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice purposes only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|
| | **John Starling**<br>**105 Hallbrook Farms Circle**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|
| | **John Tantillo**<br>**8417 Fazio Dr**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,418.00 |
|---|---|---|---|
| | **John VanSurdam**<br>**508 E Main Street**<br>**Seneca, SC 29679** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,348.00 |
|---|---|---|---|
| | **John W Protenic**<br>**1016 Wild Dunes Circle**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,500.00 |
|---|---|---|---|
| | **John Wilson**<br>**8936 Woodcreek Circle**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|
| | **Jon Beemer**<br>**8708 Champion Hills Drive**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Jonathan Balkcum**
**109 Hallbrook Farms Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00** |
|---|---|---|---|

**Joseph Bassett**
**8401 Fazio Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Cantalice**
**404 White Columns Way**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice purposes only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Joseph Damitz**
**8822 Champion Hills Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Joseph Helak**
**8955 Woodcreek Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Marston**
**8704 Lincolnshire Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice purposes only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,550.00** |
|---|---|---|---|

**Joseph Mnick**
**4106 Perth Rd.**
**Indian Land, SC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

---

**3.298**

**Nonpriority creditor's name and mailing address**
**Joyce Ford**
**600 West Brown St. Apt 209**
**Birmingham, MI 48009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$9,509.00

---

**3.299**

**Nonpriority creditor's name and mailing address**
**JRM, Inc.**
**Attn: Managing Agent**
**P.O. Box 1689**
**Welcome, NC 27374-1689**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business debt

Is the claim subject to offset? ■ No  ☐ Yes

$363.49

---

**3.300**

**Nonpriority creditor's name and mailing address**
**Judy Parlatore**
**8604 Fazio Drive**
**Wilmington, NC 28411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$20,000.00

---

**3.301**

**Nonpriority creditor's name and mailing address**
**Karl Larsen**
**8703 Interlachen Circle**
**Wilmington, NC 28411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.302**

**Nonpriority creditor's name and mailing address**
**Kathy Tunks**
**1913 Hallmark Ln**
**Wilmington, NC 28405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.303**

**Nonpriority creditor's name and mailing address**
**Katsuto Ono**
**1205 Hummingbird Lane**
**Wilmington, NC 28411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.304**

**Nonpriority creditor's name and mailing address**
**Ken Hagler**
**904 Wild Dunes Circle**
**Wilmington, NC 28411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Ken Oakes**
**8331 Vintage Club Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kenneth B Garrison**
**1100 Congressional Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __ **Notice purposes only** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,500.00** |
|---|---|---|---|

**Kenneth J Leenstra**
**187 Ridgefield Rd**
**Shelburne, VT 05482**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$604.00** |
|---|---|---|---|

**Kenneth Rankin**
**232 Grayhawk Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Kevin Creekmore**
**8645 Vintage Club Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,500.00** |
|---|---|---|---|

**Kevin Crowley**
**177 Steep Hill Rd**
**Weston, CT 06883**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Larry and Judy Stine**
**6505 Fairway Row Lane**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __ **Notice purposes only** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,000.00** |
|---|---|---|---|

**Larry Ankrom**
**8512 Galloway National Drive**
**Wilmington, NC 28411**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,750.00** |
|---|---|---|---|

**Larry King**
**543 Windstar Lane**
**Wilmington, NC 28405**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,920.00** |
|---|---|---|---|

**Larry Kishpaugh**

**Wilmington, NC**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,025.00** |
|---|---|---|---|

**Larry Stine**
**6505 Fairway Row Lane**
**Charlotte, NC 28277**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,953.00** |
|---|---|---|---|

**Leo and Mary Beltracchi**
**636 Wild Dunes Circle**
**Wilmington, NC 28411**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,000.00** |
|---|---|---|---|

**Lewis Morris**
**C/O James Lewis**
**Wilmington, NC**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,426.00** |
|---|---|---|---|

**Linda Brown**
**C/O Keith Brown**
**10604 Highstream Dr**
**Raleigh, NC 27614**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,750.00 |
|---|---|---|---|
| | **Linda Woods**<br>**7927 Reunion Rd**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,500.00 |
|---|---|---|---|
| | **Lloyd Peterson**<br>**7 Dunaway Court**<br>**Greensboro, NC 27408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,246.00 |
|---|---|---|---|
| | **Loggerhead Lawn Care**<br>**Attn: Managing Agent**<br>**P.O. Box 1592**<br>**Wrightsville Beach, NC 28480** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|
| | **Louis Skrapits**<br>**1018 Wild Dunes Circle**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,220.14 |
|---|---|---|---|
| | **Lowes**<br>**Attn: Managing Agent**<br>**P.O. Box 530954**<br>**Atlanta, GA 30353-0954** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |
|---|---|---|---|
| | **Lynn L Morris**<br>**52 Cherry Forest Lane**<br>**Fairview, NC 28730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,925.00 |
|---|---|---|---|
| | **Mack Armstrong**<br><br>**Atlanta, GA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**Mack Braxton**
**1017 Ashes Drive Suite 202**
**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,736.00** |
|---|---|---|---|

**Marc Schuilwerve**
**C/O Saudi Aramco**
**PO Box 4011**
**Ras Tamura, Saudia Arabia 31311-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,070.00** |
|---|---|---|---|

**Margaret Cassara**
**Chateau Terrace**
**1220-B Columbus Circle**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,500.00** |
|---|---|---|---|

**Margaret Gordon**
**8620 Fazio Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark J. Colby**
**8333 Vintage Club Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice purposes only **

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Leach**
**8660 Vintage Club Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice purposes only **

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marshall Beach**
**406 White Columns Way**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice purposes only **

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martha Maxim**
**4928 Three Oaks Blvd**
**Sarasota, FL 34323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Martin Haller**
**8549 Galloway National Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,280.00 |
|---|---|---|---|

**Mary Vandegrift**
**3835 Heritage Spring Circle**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maryann Maitland**
**8610 Hammock Dunes Dr**
**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,500.00 |
|---|---|---|---|

**Maurice Snavely**
**8808 Fazio Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,024.02 |
|---|---|---|---|

**McConnell Golf**
**Attn: Managing Agent**
**P.O. Box 14369**
**Raleigh, NC 27620-4369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |
|---|---|---|---|

**Medac Health Service**
**Attn: Managing Agent**
**4402 Shipyard Blvd**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$852.00** |
|---|---|---|---|

**Michael and Gisela Binder**
**8632 Vintage Club Dr.**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$692.00** |
|---|---|---|---|

**Michael and Lori Isherwood**
**6717 Carmel Trail**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**Michael Borom**
**6 Evergreen Ave**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,500.00** |
|---|---|---|---|

**Michael Cahill**
**8702 Interlachen Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,797.00** |
|---|---|---|---|

**Michael Catullo**
**700 Squire Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,500.00** |
|---|---|---|---|

**Michael Wax**
**8815 Champion Hills Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,932.00** |
|---|---|---|---|

**Mid-Atlantic Specialties, Inc.**
**Attn: Managing Agent**
**P.O. Box 98749**
**Raleigh, NC 27624**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _business debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

---

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,970.00** |
|---|---|---|---|
| | **Mike and Judy Sullivan**<br>**PO Box 7180**<br>**Jupiter, FL 33468** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,000.00** |
|---|---|---|---|
| | **Mike Chambers**<br>**8944 Woodcreek Circle**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Missy Bell Collier**<br>**7927 Reunion Rd**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice purposes only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$353.44** |
|---|---|---|---|
| | **MoonShot Foods**<br>**Attn: Managing Agent**<br>**P.O. Box 1638**<br>**Wrightsville Beach, NC 28480** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Nancy Truby**<br>**404 Wild Dunes Circle**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice purposes only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$257.52** |
|---|---|---|---|
| | **Napa Autoparts- Ferrell, Inc.**<br>**Attn: Managing Agent**<br>**318 North Green Meadow**<br>**Wilmington, NC 28405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$360.00** |
|---|---|---|---|
| | **NC DHHS**<br>**Attn: Managing Agent**<br>**2001 Mail Service Center**<br>**Raleigh, NC 27699** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,445.00** |
| | **Ned and Jane Steele**<br>**Willow Valley Square**<br>**Apt VA 360**<br>**Lancaster, PA 17602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Neil Blake**<br>**517 Windstar Lane**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice purposes only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Nick Ferrante**<br><br>**Wilmington, NC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice purposes only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
| | **Noel Gallagher**<br>**1006 Butler National Lane**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
| | **Norman Schecter**<br>**103 Lee Dr**<br>**Palm Coast, FL 32137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |
| | **Ocean Ridge Plantation**<br>**Attn: Managing Agent**<br>**53 Ocean Ridge Pkwy SW**<br>**Ocean Isle Beach, NC 28469** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$534.98** |
| | **Otis Elevator**<br>**Attn: Managing Agent**<br>**PO Box 730400**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Pablo Eguia**
**P.O. Box 161239**
**Altamonte Springs, FL 32716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,308.00 |
|---|---|---|---|

**Pat and Denyse McDonnell**
**812 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pat Dozier**
**8301 Vintage Club Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,700.00 |
|---|---|---|---|

**Patricia and William Morrison**
**241 Olde Quarry Rd.**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|

**Patrick Sullivan**
**1017 Calawassie Island Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Paul DeMuro**
**1201 Futch Creek Rd.**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,540.00 |
|---|---|---|---|

**Paul Lennon**
**8818 Sawmill Creek Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | 19-04309-5 |
|---|---|---|---|
| | Name | | |

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,504.00 |
|---|---|---|---|

**Paul Mikkelsen**
**202 South Meadow Green #54**
**Nags Head, NC 27959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $440.00 |
|---|---|---|---|

**Pestco Exterminating Co**
**Attn: Managing Agent**
**2921 Blue Clay Road**
**Castle Hayne, NC 28429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __business debt__

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pete Rivenbark**
**8405 Fazio Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice purposes only__

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,435.00 |
|---|---|---|---|

**Peter and Heidi Ziehl**
**1800 Karsten Creek Way**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Phillip Whittington**
**8510 Emerald Dunes Rd**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice purposes only__

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $849.81 |
|---|---|---|---|

**Phyllis and Jon Wallenmeyer**
**14366 Chesterfield Road**
**Rockville, MD 20853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Phyllis Miller**
**1112 Congressional Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice purposes only__

Is the claim subject to offset? ☑ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,824.55 |
|---|---|---|---|

**Ping**
Attn: Managing Agent
P.O. Box 52450
Phoenix, AZ 85072-2450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $455.82 |
|---|---|---|---|

**Pitney Bowes**
Attn: Managing Agent
P.O. Box 371887
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $321.00 |
|---|---|---|---|

**Pool Professionals of Coastal**
Attn: Managing Agent
P.O. Box 91602
Raleigh, NC 27675-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,528.44 |
|---|---|---|---|

**Port City Staffing**
Attn: Managing Agent
P.O. Box 7660
Wilmington, NC 28406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $48,690.50 |
|---|---|---|---|

**Porters Neck Limited, LLC**
c/o Oliver & Cheek, PLLC
P.O. Box 1548
New Bern, NC 28563

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Sanctions 14 CVS 2740__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Porters Neck Limited, LLC**
c/o Oliver & Cheek, PLLC
P.O. Box 1548
New Bern, NC 28563

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Breach of Contract Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $297.00 |
|---|---|---|---|

**Private Club Network**
Attn: Managing Agent
330 South Warminster Rd, Suite 360
Hatboro, PA 19040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

---

**3.382** | Nonpriority creditor's name and mailing address

**Protection 1/ADT**
Attn: Managing Agent
PO Box 219044
Kansas City, MO 64121

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$1,114.35**

---

**3.383** | Nonpriority creditor's name and mailing address

**R. Clark Pearson**
8628 Fazio Drive
Wilmington, NC 28411

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,500.00**

---

**3.384** | Nonpriority creditor's name and mailing address

**R. Hitchcock**
8656 Vintage Club Drive
Wilmington, NC 28411

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.385** | Nonpriority creditor's name and mailing address

**R. Tom Sinclair**
413 W. Renovah Circle
Wilmington, NC 28403

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.386** | Nonpriority creditor's name and mailing address

**Ralph Gevinson**
6345 Chalfont Circle
Wilmington, NC 28405

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.387** | Nonpriority creditor's name and mailing address

**Ralph Miles**
8343 Vintage Club Circle
Wilmington, NC 28411

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$287.00**

---

**3.388** | Nonpriority creditor's name and mailing address

**Randy Smith**
556 Windstar Lane
Wilmington, NC 28411

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27,000.00**

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | 19-04309-5 |
|---|---|---|---|
| | Name | | |

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ray Parker**
**612 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Raymond Miller**
**8704 Bardmoor Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,500.00 |
|---|---|---|---|

**Reed Taffer**
**502 Tanbridge Rd**
**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,500.00 |
|---|---|---|---|

**Rich Simonetti**
**418 Black Diamond Dr.**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|

**Richard Achilles**
**3918 Southwest 10th Place**
**Atlanta, GA 33914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Richard Anderson**
**8812 Fazio Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Anderson**
**8812 Fazio Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | 19-04309-5 |
| --- | --- | --- | --- |
| | Name | | |

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,500.00 |
| --- | --- | --- | --- |
| | **Richard Ashenfelter**<br>**8709 Thornblade Circle**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,500.00 |
| --- | --- | --- | --- |
| | **Richard Carroll**<br>**8709 Champion Hills Dr.**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |
| --- | --- | --- | --- |
| | **Richard Elmer**<br>**8323 Vintage Club Circle**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
| --- | --- | --- | --- |
| | **Richard Ezzell**<br>**8664 Vintage Club Drive**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
| --- | --- | --- | --- |
| | **Richard F Sinnott**<br>**226 Meeting Lane**<br>**Atllanta, GA 30342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
| --- | --- | --- | --- |
| | **Richard Ferguson**<br>**720 Wild Dunes Circle**<br>**Wilmington, NC 28411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |
| | **Richard Furr**<br>**c/o Charles Brewer**<br>**79 Woodfin Pl #206**<br>**Asheville, NC 28801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** business debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**Richard Glover**
**408 White Columns Way**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Grant**
**8224 Bald Eagle Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _ **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,590.00** |
|---|---|---|---|

**Richard Hunter**
**522 Linton Hill Rd.**
**Newtown, PA 18940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Kingston**
**4876 N. Quail Crest SE**
**Grand Rapids, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _ **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Kuhn**
**524 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _ **Notice purposes only**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard L Harrison**
**1216 Congressional Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _ **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard Lobeck**
**102 Pine Grove Ct**
**Leland, NC 28451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _ **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Lowry**
**8309 Vintage Club Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,750.00 |
|---|---|---|---|

**Richard Martino**
**8517 Galloway National Dr.**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,818.00 |
|---|---|---|---|

**Richard Norman**
**1106 Congressional Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,400.00 |
|---|---|---|---|

**Richard Perrone**
**6 Conant Valley Rd**
**Pound Ridge, NY 10576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Richard Proctor**
**P.O. Box 311**
**Mendham, NJ 07945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Quinn**
**407 Black Diamond Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**Richard Skurski**
**936 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Walsh**
**C/O Bernice Walsh**
**1111 Congressional Ln**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Rita Ackert**
**8904 Mahogony Run**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,500.00 |
|---|---|---|---|

**Rita Scull**
**8541 Galloway National Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Robert Adkins**
**515 Windstar Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $488.00 |
|---|---|---|---|

**Robert and Brenda Boxley**
**716 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|

**Robert Boyer**
**8920 Champion Hills Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Bullock**
**137 hallbrook Farms Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | | Case number (if known) | **19-04309-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Coxe**
119 Aldersgate Rd.
Jacksonville, NC 28546

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,325.00 |
|---|---|---|---|

**Robert D Hoover**
8704 Fazio Drive
Wilmington, NC 28411

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|

**Robert DiBona**
8933 Champion Hills Dr.
Wilmington, NC 28411

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Duff**
412 Black Diamond Drive
Wilmington, NC 28411

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,750.00 |
|---|---|---|---|

**Robert Eakins**
8311 Vintage Club Circle
Wilmington, NC 28411

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Elliott**
419 White Columns Way
Wilmington, NC 28411

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,635.00 |
|---|---|---|---|

**Robert Graebener**
15 Hasleiter's Retreat
Savannah, GA 31411

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,380.00 |
|---|---|---|---|

**Robert Guillou II**
**1002 Tidings Road**
**Leland, NC 28451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Robert H. Goslee & Assoc.**
**Attn: Managing Agent**
**513 Chestnut Street**
**Wilmington, NC 28401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  business debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Hallman**
**3045 Hood Rd**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice purposes only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Heckle**
**1524 Jupiter Hills Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice purposes only

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Robert Huie**
**8705 Fazio Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,600.00 |
|---|---|---|---|

**Robert Kastl**
**4209 Ridge Top Rd**
**#603**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,980.04 |
|---|---|---|---|

**Robert Ketchum**
**820 Audubon Way**
**Apt. 203**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,770.00 |
|---|---|---|---|

**Robert Lamberty**
**122 Wayforest Drive**
**Venice, FL 34292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Robert Lloyd**
**8201 Sage Valley Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Mellis**
**8800 Sawmill Creek Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Robert Preddy**
**415 Black Diamond Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|

**Robert Resh**
**811 John's Orchard Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|

**Robert Ronne**
**381 Shackleford Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Thurston**
**PO Box 3580**
**Wilmington, NC 28406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$417.00** |
|---|---|---|---|

**Robert Wishart**
**1200 Olmstead Lane**
**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**Rod Larmee**
**808 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,908.00** |
|---|---|---|---|

**Roger and Jannet Kramer**
**8329 Vintage Club Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Roger Kinsey**
**8441 Fazio Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Notice purposes only_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Roger Wells**
**1205 Congressional Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Roger Young**
**8720 Fazio Dr.**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00** |
|---|---|---|---|

**Roland Stoner**
**8533 Galloway National Dr.**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Rolf Russart**
**1013 Callawassie Island Dr.**
**Wilmington, NC 28411**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ron Hesmer**
**8004 Bald Eagle Lane**
**Wilmington, NC 28411**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,700.00 |
|---|---|---|---|

**Ronald Baird**
**33 Deer Meadow Lake**
**Wilmington, NC 06281**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ronald Cohen**
**P.O. Box 10305**
**Wilmington, NC 28404**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,970.00 |
|---|---|---|---|

**Ronald Foster**
**7919 Blue Heron Drive West**
**Apt. 302**
**Wilmington, NC 28411**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ronald J Klemick**
**330 Olde Point Loop**
**Hampstead, NC 28443**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|

**Ronald Lake**
**8717 Lincolnshire Lane**
**Wilmington, NC 28411**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | 19-04309-5 |
|---|---|---|---|
| | Name | | |

---

**3.459** | **Nonpriority creditor's name and mailing address**
Ronald Ramge
652 Caicos Ct.
Wilmington, NC 28405

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$28,600.00**

---

**3.460** | **Nonpriority creditor's name and mailing address**
Roy Bussewitz
1511 Jupiter Hills Circle
Wilmington, NC 28411

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$27,000.00**

---

**3.461** | **Nonpriority creditor's name and mailing address**
RST
Attn: Managing Agent
526 Long Leaf Acres Drive
Wilmington, NC 28405

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business debt

Is the claim subject to offset? ■ No  ☐ Yes

**$524.84**

---

**3.462** | **Nonpriority creditor's name and mailing address**
Rudy and Ce Ce Smithwick
8633 Vintage Club Drive
Wilmington, NC 28411

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.463** | **Nonpriority creditor's name and mailing address**
Russell Zink
8625 Vintage Club Drive
Wilmington, NC 28411

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

**3.464** | **Nonpriority creditor's name and mailing address**
Ruth Hogan
933 John's Orchard Lane
Wilmington, NC 28411

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

**3.465** | **Nonpriority creditor's name and mailing address**
Ruth Southworth
1112 Tennwood Drive
Wilmington, NC 28411

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$604.00**

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $474.36 |
|---|---|---|---|

**S&D Coffee and Tea, Inc.**
**Attn: Managing Agent**
**300 Concord Parkway South**
**Concord, NC 28026-1628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $60.00 |
|---|---|---|---|

**Sally and W.D. Ryan**
**8700 Bardmoor Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Sally Brauer**
**8237-2 Blue Heron Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Notice purposes only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Sally Proctor**
**1011 Meadowgrass Ln**
**Leland, NC 28451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Notice purposes only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,675.00 |
|---|---|---|---|

**Sam Allen**
**3635 Scottshill Loop Rd.**
**Cape Coral, FL 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $14,710.00 |
|---|---|---|---|

**Samuel G Gilmore**

**Wilmington, NC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Samuel Lawson**
**8802 Sawmill Creek Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Notice purposes only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sandra and David Secore**
8612 Fazio Drive
Wilmington, NC 28411

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,200.00 |
|---|---|---|---|

**Sandy de Holl**
c/o Allison Goldfarb
2700 Lena Court
Oakton, VA 22124

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

**Sarah Gorrell**
210 Irving Place
Greensboro, NC 27408

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sean McDonough**
827 Bayshore Dr.
Wilmington, NC 28411

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.05 |
|---|---|---|---|

**Seaview Crab Company**
Attn: Managing Agent
1515 Marstellar Street
Wilmington, NC 28401

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shapemasters, Inc.**
Attn: Managing Agent
1008 Bullard Ct #202
Raleigh, NC 27615

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.96 |
|---|---|---|---|

**Ship Sticks**
Attn: Managing Agent
324 Datura Street, Suite 400
West Palm Beach, FL 33401

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

---

**3.480**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Shipman & Wright, LLP**<br>**Attn: Managing Agent**<br>**575 Military Cutoff Road, Ste 106**<br>**Wilmington, NC 28405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __legal fees__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.481**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Sikes Commercial Cleaning**<br>**Attn: Managing Agent**<br>**108 N Kerr Ave Suite H3**<br>**Wilmington, NC 28405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.482**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.21** |
|---|---|---|
| **Simmons Irrigation Supply**<br>**Attn: Managing Agent**<br>**P.O. Box 10**<br>**Walterboro, SC 29488** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __business debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.483**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$819.09** |
|---|---|---|
| **Smith Turf & Irrigation**<br>**Attn: Managing Agent**<br>**4355 Golf Acres Drive**<br>**Charlotte, NC 28272** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __business debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.484**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,487.07** |
|---|---|---|
| **Spectrum**<br>**Attn: Managing Agent**<br>**P.O. Box 70872**<br>**Charlotte, NC 28272** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __utilities__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.485**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,335.00** |
|---|---|---|
| **Speros Philis**<br><br>**Greece, NC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.486**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,164.78** |
|---|---|---|
| **Springer-Eubank Oil Co**<br>**Attn: Managing Agent**<br>**123 W. Shipyard Blvd.**<br>**Wilmington, NC 28412** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __business debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number *(if known)* | **19-04309-5** |
|---|---|---|---|
| | Name | | |

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Stephanie Haley**
**8703 Decoy Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,448.00** |
|---|---|---|---|

**Stephen and Debra Kaluzne**
**8417 Emerald Dunes Rd.**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen J Lucas**
**8327 Vintage Club Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,750.00** |
|---|---|---|---|

**Stephen Stubits**
**8900 Woodcreek Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$506.82** |
|---|---|---|---|

**Sterling Cut Glass**
**Attn: Managing Agent**
**P.O. Box 75148**
**Cincinnati, OH 45275-0148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Fahle**
**20024 Valhalla Sq**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Flowers**
**1005 Callawassie Island Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,149.00** |
|---|---|---|---|

**Steve Knight**
**401 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Steve Nickol**
**430 White Columns Way**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steven J Hertz**
**8902 St. Ives Place**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Steven Mayer**
**8321 Vintage Club Dr.**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,500.00** |
|---|---|---|---|

**Steven Rothschild**
**8341 Vintage Club Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114.34** |
|---|---|---|---|

**Stevens Hardware**
**Attn: Managing Agent**
**6756 Market Street**
**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,250.00** |
|---|---|---|---|

**Stuart B James**
**8721 Davishire Drive**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$463.45** |
|---|---|---|---|

**Suburban Propane**
**Attn: Managing Agent**
**240 Route 10 W**
**Whippany, NJ 07981**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Goodman Sterne**
**120 Coguina Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice purposes only**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,750.00** |
|---|---|---|---|

**Susan Mayne**
**8506 Emerald Dunes Rd.**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,980.26** |
|---|---|---|---|

**Sysco Food Services**
**Attn: Managing Agent**
**P.O. Box 129**
**Selma, NC 27576**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Talmage Jones**
**8951 Woodcreek Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$462.39** |
|---|---|---|---|

**Taylor Made Golf Company**
**Attn: TM US Wholesale Lockbox**
**29516 Network Place**
**Chicago, IL 60673-1295**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.60** |
|---|---|---|---|

**Telcom Communications**
**Attn: Managing Agent**
**602 Grange Street**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

**Terri Lerose**
**1009 Callawassie Island Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,416.00 |
|---|---|---|---|

**Theodore Humphrey**
**c/o Jay Humphrey**
**65 Westgate Rd**
**Wellesley, MA 02481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas and Kathleen Lubbers**
**420 White Columns Way**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Thomas Atkins**
**1011 Butler National Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,500.00 |
|---|---|---|---|

**Thomas Bugbee**
**708 Squire Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,697.00 |
|---|---|---|---|

**Thomas Finn**
**426 Black Diamond Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Thomas Harris**
**1509 Jupiter Hills Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,574.00 |
|---|---|---|---|
| | **Thomas Hughes** | ☐ Contingent | |
| | **4941 Spanish Oaks Circle** | ☐ Unliquidated | |
| | **Fernandina Beach, FL 32034** | ☐ Disputed | |
| | **Date(s) debt was incurred _** | **Basis for the claim: _** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|
| | **Thomas Jividen** | ☐ Contingent | |
| | **8349 Vintage Club Circle** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | **Date(s) debt was incurred _** | **Basis for the claim: _** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|
| | **Thomas Lee** | ☐ Contingent | |
| | **1527 Portsmouth Place** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | **Date(s) debt was incurred _** | **Basis for the claim: _** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Thomas Lewis** | ☐ Contingent | |
| | **6831 Maine St.** | ☐ Unliquidated | |
| | **Unit 316** | ☐ Disputed | |
| | **Wilmington, NC 28405** | **Basis for the claim: Notice purposes only** | |
| | **Date(s) debt was incurred _** | | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|
| | **Thomas Myslinski** | ☐ Contingent | |
| | **933 Wild Dunes Circle** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | **Date(s) debt was incurred _** | **Basis for the claim: _** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26,160.00 |
|---|---|---|---|
| | **Thomas Russo** | ☐ Contingent | |
| | **C/O Tara Segelken** | ☐ Unliquidated | |
| | **617 Patteen Ave** | ☐ Disputed | |
| | **Oceanside, NY 11572** | **Basis for the claim: _** | |
| | **Date(s) debt was incurred _** | | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,015.00 |
|---|---|---|---|
| | **Thomas W Moffett** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Palm Beach, FL** | ☐ Disputed | |
| | **Date(s) debt was incurred _** | **Basis for the claim: _** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,355.13 |
|---|---|---|---|

**Thomas Wagg**
**1508 Edgedale Rd**
**Greensboro, NC 27408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tim Campbell**
**8501 Hammock Dunes Dr**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,343.16 |
|---|---|---|---|

**Time Warner Cable**
**Attn: Managing Agent**
**1600 Dublin Road**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **3801**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,717.39 |
|---|---|---|---|

**Titleist-Acushnet Company**
**Attn: Managing Agent**
**P.O. Box 670**
**Oriental, NC 28571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tom and Carolyn Pappendick**
**703 Hollingsworth Dr.**
**Wilmington, NC 28412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,501.00 |
|---|---|---|---|

**Tom and Debbie MacKenzie**
**808 Westbourne Grove Ct.**
**Colfax, NC 27235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tom Knox**
**8708 Lowes Island Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,825.00** |
|---|---|---|---|

**Tom Skelton**
**1313 Enderbury Drive**
**Raleigh, NC 27614**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$107.00** |
|---|---|---|---|

**Tommy Ashcraft**
**1822 Old Mill Creek Rd**
**Winnabow, NC 28479-5378**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Tony Cortiglio**
**8406 Emerald Dunes Rd.**
**Wilmington, NC 28411**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$811.78** |
|---|---|---|---|

**Toshiba Business Solutions**
**Attn: Managing Agent**
**9201 Southern Pine Blvd Ste J**
**Charlotte, NC 28273**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __business debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135.58** |
|---|---|---|---|

**Town Talk**
**Attn: Managing Agent**
**P.O. Box 58157**
**Louisville, KY 40268**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __business debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.05** |
|---|---|---|---|

**Triangle Chemical Company**
**Attn: Managing Agent**
**PO Box 368**
**Kinston, NC 28502**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __business debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**Tuula Hayes**
**1129 Futch Creek Rd**
**Wilmington, NC 28411**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Porters Neck Country Club, Inc.**                                   Case number (if known)   **19-04309-5**
_____
Name

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,163.84** |
|---|---|---|---|

**US Foods**
**Attn: Managing Agent**
**P.O. Box 602211**
**Charlotte, NC 28260-2211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$645.00** |
|---|---|---|---|

**Valley Protiens**
**Attn: Managing Agent**
**PO Box 643393**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,000.00** |
|---|---|---|---|

**Vicky Hanes**
**8900 Mahogany Run**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**Virgil King**
**624 Wild Dunes Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,088.00** |
|---|---|---|---|

**Virginia Smith**
**8720 Champion Hills Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$709.77** |
|---|---|---|---|

**Visa Card**
**Attn: Managing Agent**
**PO Box 672051**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __credit card debt__

Last 4 digits of account number  __7953__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.50** |
|---|---|---|---|

**Wage Works**
**Attn: Managing Agent**
**P.O. Box 8363**
**Pasadena, CA 91109-8363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Porters Neck Country Club, Inc.** | | Case number (if known) | **19-04309-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,680.00 |
|---|---|---|---|
| | **Waldimero and Regina Coscarelli** | ☐ Contingent | |
| | **8600 Fazio Drive** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.93 |
|---|---|---|---|
| | **Walker Auto and Truck Parts** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **2234 Carolina Beach Rd** | ☐ Disputed | |
| | **Wilmington, NC 28401** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** business debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Walter Tellegen** | ☐ Contingent | |
| | **8504 Galloway National Dr.** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice purposes only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Wanda Canada** | ☐ Contingent | |
| | **8324 Bald Eagle Lane** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice purposes only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ward & Smith, P.A.** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **P.O. Box 7068** | ☐ Disputed | |
| | **Wilmington, NC 28406-7068** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** legal fees | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|
| | **Warren Deutsch** | ☐ Contingent | |
| | **8652 Vintage Club Drive** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,080.00 |
|---|---|---|---|
| | **Warren R Hall** | ☐ Contingent | |
| | **3025 Bakers Meadow SE** | ☐ Unliquidated | |
| | **Atlanta, GA 30339** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Porters Neck Country Club, Inc.**                        Case number (if known)   **19-04309-5**

| | |
|---|---|
| 3.550 | **Nonpriority creditor's name and mailing address** |

**Waste Industries**
**Attn: Managing Agent**
**P.O. Box 791519**
**Baltimore, MD 21279-1519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                **$467.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  utilities

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.551 | **Nonpriority creditor's name and mailing address** |

**Wayne Carlstedt**
**434 White Columns Way**
**Wilmington, NC 28411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                **$9,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.552 | **Nonpriority creditor's name and mailing address** |

**Wayne Gibson**
**8921 Champion Hills Drive**
**Wilmington, NC 28411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                **$30,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.553 | **Nonpriority creditor's name and mailing address** |

**Welch Tennis Courts, Inc.**
**Attn: Managing Agent**
**P.O. Box 7770**
**Sun City, FL 33586**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                **$817.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.554 | **Nonpriority creditor's name and mailing address** |

**Whalen Tennis Company**
**Attn: Managing Agent**
**12 Amber Lane**
**Asheville, NC 28803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                **$6,710.32**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  business debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.555 | **Nonpriority creditor's name and mailing address** |

**Wilfred Ross**
**8713 Bald Ealge Ln**
**Wilmington, NC 28411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.556 | **Nonpriority creditor's name and mailing address** |

**Willard and Gail Gilly**
**1109 Tennwood Drive**
**Wilmington, NC 28411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**William and Clare Guinee**
**91 Pancoast Rd**
**Waretown, NJ 08758**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William and Sallie Pickell**
**8701 Interlachen Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __ **Notice purposes only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00** |
|---|---|---|---|

**William Best**
**8537 Emerald Dunes Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Blank**
**1504 Merridian Terrace**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __ **Notice purposes only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,000.00** |
|---|---|---|---|

**William D. Baldwin**
**8797 River Road**
**Wilmington, NC 23229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Doran**
**1115 Tennwood Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __ **Notice purposes only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,676.00** |
|---|---|---|---|

**William H. Clark**
**200 E. Arlington Blvd**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Hall**
**1551 Green Hill Rd**
**Blowing Rock, NC 28605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,300.00 |
|---|---|---|---|

**William Hegarty**
**8416 Davishire Dr.**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|

**William Horwath**
**8932 Woodcreek Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Lampe**
**1212-1 Jeanelle Moore Blvd**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,500.00 |
|---|---|---|---|

**William Novotny**
**8952 Woodcreek Circle**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**William Piner**
**1104 Tennwood Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,160.00 |
|---|---|---|---|

**William R. Britt**
**11414 Pedigree Lane**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|

**William Randall**
**408 Black Diamond**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Ryan**
**413 White Columns Way**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Slaughter**
**8813 Olympic Ln**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Smith**
**925 Saltwood Lane**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,861.00 |
|---|---|---|---|

**William Sowers**
**7700-1 Blue Heron Drive West**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,500.00 |
|---|---|---|---|

**William Terrell**
**8640 Fazio Drive**
**Wilmington, NC 28411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wilmington Landscaping, Inc.**
**Attn: Managing Agent**
**3739 Excalibur Ave**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number (if known) | **19-04309-5** |
|---|---|---|---|
| | Name | | |

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $126.06 |
|---|---|---|---|
| | **Wilmington Lawn & Leisure** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **253 South Kerr Ave** | ☐ Disputed | |
| | **Wilmington, NC 28403** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** business debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,372.83 |
|---|---|---|---|
| | **Wilson Sporting Goods** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **P.O. Box 3135** | ☐ Disputed | |
| | **Carol Stream, IL 60132-3135** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** business debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|
| | **Woody Bryan** | ☐ Contingent | |
| | **314 Alfandre St.** | ☐ Unliquidated | |
| | **Gaithersburg, MD 21031** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,888.00 |
|---|---|---|---|
| | **Wyatt and Mary Upchurch** | ☐ Contingent | |
| | **P.O. Box 150** | ☐ Unliquidated | |
| | **Raeford, NC 28376** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,500.00 |
|---|---|---|---|
| | **Zerah Westbrook** | ☐ Contingent | |
| | **728 Squire Lane** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Zocia P. Barr** | ☐ Contingent | |
| | **7743 Monarch Drive** | ☐ Unliquidated | |
| | **Wilmington, NC 28411** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Notice purposes only | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

Debtor    **Porters Neck Country Club, Inc.**                                  Case number (if known)    **19-04309-5**

Name

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **27,632.19** |
| **5b. Total claims from Part 2** | 5b. + $ | **6,017,130.77** |
| **5c. Total of Parts 1 and 2** | 5c. $ | **6,044,762.96** |
| Lines 5a + 5b = 5c. | | |

**Fill in this information to identify the case:**

Debtor name __Porters Neck Country Club, Inc.__

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) __19-04309-5__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2016 John Deere 9099A 4WD T4 (s/n 0224), 2016 John Deere 7700 fairway mower (s/n 0182), 2016 John Deere 7700 fairway mower (s/n 0167), 2016 John Deere 7400 trim mower (s/n 0057), 2016 John Deere 7400 trim mower (s/n 0063), 2016 John Deere 2500 greens mower (s/n 5227) and a 2016 John Deere 2500 greens mower (s/n 5223). Master Lease 52113** | |
| State the term remaining | **6/1/2020** | **Deere Credit, Inc.** **Attn: Managing Agent** **P.O. Box 6600** **Johnston, IA 50131** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **lease of four (4) Precor 885/P80 treadmills** | |
| State the term remaining | | **Key Equipment Finance** **Attn: Managing Agent** **1000 S. McCaslin Blvd.** **Superior, CO 80027** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Management contract** | |
| State the term remaining | **May 15, 2021** | **McConnell Golf** **Attn: Managing Agent** **P.O. Box 14369** **Raleigh, NC 27620-4369** |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Porters Neck Country Club, Inc.** | Case number *(if known)* | **19-04309-5** |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4.** State what the contract or lease is for and the nature of the debtor's interest: **NC Public Adjuster's Contract**

State the term remaining

List the contract number of any government contract

**National Fire Adjustment Co., Inc.**
**Attn: Managing Agent**
**One NFA Park**
**Amherst, NY 14221-1187**

**2.5.** State what the contract or lease is for and the nature of the debtor's interest: **lease of postage machine**

State the term remaining

List the contract number of any government contract

**Pitney Bowes**
**Attn: Managing Agent**
**P.O. Box 856460**
**Louisville, KY 40285**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest: **lease of Toshiba 3505AC copier**

State the term remaining

List the contract number of any government contract

**Toshiba Financial Serivces**
**Attn: Managing Agent**
**1310 Madrid Street, Suite 101**
**Marshall, MN 56258**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest: **Lease of sixty (60) 2018 Club Car Tempo electric golf carts and two (2) 2018 Club Car Tempo gas (EFI golf carts)**

State the term remaining

List the contract number of any government contract

**Wells Fargo Equipment Finance**
**Attn: Managing Agent**
**800 Walnut, 4th Floor**
**Des Moines, IA 50309**

**Fill in this information to identify the case:**

Debtor name __**Porters Neck Country Club, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __**19-04309-5**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> City _____ State __ Zip Code __ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City _____ State __ Zip Code __ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City _____ State __ Zip Code __ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City _____ State __ Zip Code __ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Porters Neck Country Club, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **19-04309-5** |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,700,733.00** |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$3,846,932.00** |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$4,688,272.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Debtor | **Porters Neck Country Club, Inc.** | | Case number *(if known)* **19-04309-5** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Barewood Services** PO Box 323 Hampstead, NC 28443 | 8/7/19, 8/21/19, 9/18/19 | $17,800.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Servpro c/o Chleborowicz Law Firm** Attn: Managing Agent 720 N 3rd Street Suite 201 Wilmington, NC 28401 | 7/16/19 | $935,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **National Fire Adjustment Co** Attn: Managing Agent One NFA Park Amherst, NY 14228 | 7/30/19 | $231,037.56 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Shapemasters, Inc.** Attn: Managing Agent 1008 Bullard Ct #202 Raleigh, NC 27615 | 8/27/19, 9/10/19, 9/18/19 | $189,864.12 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Mid-Atlantic Specialties, Inc.** Attn: Managing Agent P.O. Box 98749 Raleigh, NC 27624 | 8/28/19 | $30,932.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **Port City Staffing** Attn: Managing Agent P.O. Box 7660 Wilmington, NC 28406 | 8/7/19, 9/4/19, 9/18/19 | $50,311.79 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. **McConnell Golf** Attn: Managing Agent P.O. Box 14369 Raleigh, NC 27620-4369 | 7/30/19, 8/5/19, 8/21/19, 9/10/19 and 9/13/19 | $100,530.63 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **Ward & Smith, P.A.** Attn: Managing Agent P.O. Box 7068 Wilmington, NC 28406-7068 | 8/15/19, 9/10/19, 9/18/19 | $58,974.12 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Legal fees** |

Debtor    **Porters Neck Country Club, Inc.**                                          Case number (if known)  **19-04309-5**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9.  **US Foods**<br>**Attn: Managing Agent**<br>**P.O. Box 602211**<br>**Charlotte, NC 28260-2211** | 8/7/19,<br>8/21/19,<br>8/28/19,<br>9/10/19 | $66,454.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.  **Highland Roofing Co.**<br>**Attn: Managing Agent**<br>**4310 Deer Creek Lane**<br>**Wilmington, NC 28405** | 9/10/19 | $18,760.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.  **Wilmington Landscaping, Inc.**<br>**Attn: Managing Agent**<br>**3739 Excalibur Ave**<br>**Wilmington, NC 28403** | 9/9/19 and<br>9/18/19 | $27,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.  **Anderson Kill, P.C.**<br>**Attn: Managing Agent**<br>**1251 Avenue of the Americas**<br>**New York, NY 10020** | 7/30/19 and<br>9/10/19 | $28,878.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Legal fees** |
| 3.13.  **Springer-Eubank Oil Co**<br>**Attn: Managing Agent**<br>**123 W. Shipyard Blvd.**<br>**Wilmington, NC 28412** | 8/7/19,<br>8/21/19,<br>9/10/19,<br>9/19/19 | $24,681.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14.  **NC Department of Revenue**<br>**Attn: Bankruptcy Unit**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602-1168** | 7/19/19,<br>8/19/19 | $19,141.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes** |
| 3.15.  **Pool Professionals of Coastal**<br>**Attn: Managing Agent**<br>**P.O. Box 91602**<br>**Raleigh, NC 27675-1602** | 8/7/19,<br>9/10/19 | $19,298.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16.  **Big Sky Design, Inc.**<br>**Attn: Managing Agent**<br>**4037 Masonboro Loop Road**<br>**Wilmington, NC 28409** | 8/7/19,<br>9/28/19 | $13,052.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Porters Neck Country Club, Inc.**                                          Case number *(if known)* **19-04309-5**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.17. | **Lowes**<br>**Attn: Managing Agent**<br>**P.O. Box 530954**<br>**Atlanta, GA 30353-0954** | **8/28/19** | **$8,220.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card payment** |
| 3.18. | **Green Resource**<br>**Attn: Managing Agent**<br>**P.O. Box 429**<br>**Colfax, NC 27235** | **9/10/19** | **$7,889.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. | **Waste Industries**<br>**Attn: Managing Agent**<br>**P.O. Box 791519**<br>**Baltimore, MD 21279-1519** | **8/28/19,**<br>**9/3/19** | **$7,014.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | **Clubessential, LLC**<br>**Attn: Managing Agent**<br>**PO Box 936267**<br>**Atlanta, GA 31193** | **7/30/19,**<br>**8/15/19** | **$7,938.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | **Joe Owen**<br>**4605 Fairview Dr**<br>**Apt 232**<br>**Wilmington, NC 28412** | **8/16/19** | **$11,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Refund for Sports Equity Membership** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a

| Debtor | **Porters Neck Country Club, Inc.** | Case number *(if known)* **19-04309-5** |
|---|---|---|

debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Pro Fire & Water Restoration Company v. Porters Neck Country Club, Inc.**<br>**19 CVS 1242** | Collection | New Hanover Superior Court<br>316 Princess Street<br>Wilmington, NC 28401 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Porters Neck LTD, LLC v. Porters Neck Country Club, Inc.**<br>**14 CVS 2740** | | New Hanover Superior Court<br>316 Princess Street<br>Wilmington, NC 28401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Richard Furr v Porters Neck Country Club Inc.**<br>**16 CVS 3801** | | New Hanover Clerk of Court<br>316 Princess Street<br>Wilmington, NC 28401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

Debtor    **Porters Neck Country Club, Inc.**                                    Case number *(if known)*    **19-04309-5**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hendren, Redwine & Malone, PLLC** **4600 Marriott Drive, Suite 150** **Raleigh, NC 27612** | Fees and retainer | various | $81,522.35 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **6**

Debtor    **Porters Neck Country Club, Inc.**                                    Case number *(if known)*  **19-04309-5**

---

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | **CMAA Retirement Plan FBO Porters Neck Country Club** | EIN:  **33-589401** |

    Has the plan been terminated?
    ☑ No
    ☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

    | | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|---|
    | 18.1. | **Live Oak Bank**<br>**1741 Tiburon Drive**<br>**Wilmington, NC 28403** | **XXXX-** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/5/2019** | **$63,801.00** |
    | 18.2. | **Bank of Ozarks**<br>**Attn: Managing Agent**<br>**12915 Cantrell Road**<br>**Little Rock, AR 72223** | **XXXX-7353** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/11/19** | **$4,868.63** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Porters Neck Country Club, Inc.**                                    Case number *(if known)*  **19-04309-5**

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■  No.
   ☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

| Debtor | **Porters Neck Country Club, Inc.** | Case number *(if known)* **19-04309-5** |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Earney & Company, LLP** **Attn: Managing Agent** **710 Military Cutoff, Suite 250** **Wilmington, NC 28405** | |
| 26a.2. **Ruth McClellan** **110 Ritter Drive** **Castle Hayne, NC 28429** | **4/27/2015 - 9/11/2017** |
| 26a.3. **Victoria Croneuer** **124 Oakdale Drive** **Wilmington, NC 28411** | **9/12/2017 - 3/29/2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Earney & Company, LLP** **Attn: Managing Agent** **710 Military Cutoff, Suite 250** **Wilmington, NC 28405** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **First Citizens Bank** **Attn: Managing Agent or Officer** **1202 Porters Neck Road** **Wilmington, NC 28411** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dave Adams | 8608 Vintage Club Drive Wilmington, NC 28411 | President and Board Member | 0% |

Debtor   **Porters Neck Country Club, Inc.**                    Case number *(if known)* **19-04309-5**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jake Hooks | 1505 Juniper Hills Drive Wilmington, NC 28411 | Vice President and Board Member | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Pam Foss | 121 Hallbrook Farms Circle Wilmington, NC 28411 | Secretary and Board Member | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dorothy Mazepa | 1007 Butler National Lae Wilmington, NC 28411 | Treasurer and Board Member | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Wayne Gibson | 8921 Champion Hills Drive Wilmington, NC 28411 | Borad Member | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Mize | 400 White Columns Way Wilmington, NC 28411 | Board Member | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donald Pastor | 8711 Champion Hills Drive Wilmington, NC 28411 | Board Member | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ed Vogelsong | 8636 Vintage Club Drive Wilmington, NC 28411 | Board Member | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeremy Wilson | 8822 New Forest Drive Wilmington, NC 28411 | Board Member | 0% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Steve Hamburger | 8501 Emerald Dunes Road Wilmington, NC 28411 | Board Member | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Thomas Myslinski | 933 Wild Dune Circle Wilmington, NC 28411 | Board Member | |

Debtor    **Porters Neck Country Club, Inc.**                                    Case number *(if known)*  **19-04309-5**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **William Piner** | **1104 Tennwood Drive Wilmington, NC 28411** | **Board Member** | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __October  3, 2019__

__/s/ David Adams__                                    **David Adams**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President and Member of the Board of Trustees**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**GOLF COURSE EQUIPMENT**

| Equip Make | Model # | SERIAL NUMBER | CURRENT VALUE |
|---|---|---|---|
| 3" Point Hitch 4" Pump | 1-390 | 276115 | $479 |
| Accupro Spin Grinder | 632 | 70K6321043 | UNK |
| Agrimental Blower | BW360 | 15593 | $50 |
| Agrimental Blower | BW361 | 17701 | $588 |
| Bobcat Skid Steer w/attach | A300 | | $16,500 |
| Bear Cat Chipper | 72854 | 400648 | $1,762 |
| Buffalo Blower | | | $1,850 |
| Club Car | Carryall 1 | RG-1020-098888 | $1,700 |
| Club Car | Carryall 1 | HG-1021-098890 | $1,700 |
| Club Car | Carryall 1 | HG-1021-098887 | $50 |
| Club Car | Carryall 2 | RG-1318-364984 | $2,600 |
| Club Car | Carryall 2 | RG-1318-364884 | $2,600 |
| Club Car | Carryall 2 | RG-0239-207990 | $50 |
| Club Car Beverage Car | | WH0520-506661 | $1,215 |
| Cushman Sod Cutter | 544845-9110 | 91502844 | $50 |
| Golf Lift | GL-09 | 45776-02-07-458 | $886 |
| Garden Sand Injection | | | $3,606 |
| Garden Sand Injection | | | $3,606 |
| Ice Machine | | | $50 |
| John Deere Tractor | 4400 | YZ8506 | $1,675 |
| John Deere Loader Attach | 420 | W00420X03068 | $50 |
| John Deere Sprayer | HD200 | TC200GTXGT0900122017 | $18,060 |
| John DeerTractor | M00670A | 1475 | $50 |
| John DeerTractor | 4410 | LV4410H240886 | $2,716 |
| John DeerTractor | 2155 | 315297 | $1,940 |
| John DeerTractor | 2155 | 3300986 | $1,940 |
| John DeerTractor | 2155 | 385951 | $1,940 |
| Land Pride Mower | AT3590 | 182399 | $50 |
| Lely Spreader | 1250 | 232051100250387 | $50 |
| LS Tractor | | R404711 | $50 |
| 4' Makita Trash Pump | 1-390 | 376102 | $50 |
| Pronovost Dump Trailer | P-516 | 4993 | $1,500 |
| Pronovost Dump Trailer | P-516 | 3282 | $1,200 |
| Root Pruner | | 12135 | $50 |
| Sandevil | SD-06 | 42 | $50 |
| SI Sprayer | 460D-5B | 15526 | $1,500 |
| Smithco Bunker Rake | 42-001-D | 13430 | $4,595 |
| Smithco Greens Roller | 7580 | T4813 | $5,150 |
| Smithco Greens Roller | 7580 | T4813 | $1,670 |
| Smithco Sprayer | | | $4,040 |
| Speeddaire Air Comp. | 35wc40 | 1957184 | $1,100 |
| Stump Grinder | | | $9,750 |
| Terra Topper Topdresser | | 901-401 | $1,400 |
| Toro 2300 Topdresser | 44501 | 30314 | $1,727 |

| | | | |
|---|---|---|---|
| Toro 3020 Sand Pro | 8885 | 80304 | $600 |
| Toro 3200 Workman | | | $2,560 |
| Toro 3200 Workman | | | $2,560 |
| Toro 5500 Fairway | 3550 | 220000113 | $3,000 |
| Toro 686 Aerator | 686 | 686391 | SCRAP |
| Toro Aerothatch 83 | 44830 | 30133 | $2,100 |
| Toro Debris Blower | 44524 | 60183 | $50 |
| Toro Flex 21 Greens Mower | 4021 | 220001309 | $500 |
| Toro Flex 21 Greens Mower | 4021 | 220001381 | $500 |
| Toro Flex 21 Greens Mower | 4021 | 22000913 | $50 |
| Toro Flex 21 Greens Mower | 4021 | 220001578 | $700 |
| Toro Flex 21 Greens Mower | 4021 | | $1,900 |
| Toro Flex 21 Greens Mower | 4021 | | $1,900 |
| Toro Flex 21 Greens Mower | 4021 | | $1,900 |
| Toro Ground Master328-D | 30626 | 220000638 | $1,700 |
| Toro Ground Master 360 | 30626 | 30536-311000259 | $7,280 |
| Toro Pro Core Aerifier | 648 | | $3,990 |
| Toro Pro Sweep | 5200 | | $2,080 |
| Toro Sand Pro Spiker | 8855 | 10258 | $50 |
| Toro Tri-Flex Hybrid 3220 | 4530 | 311000172 | $11,250 |
| Toro Tri-Flex Hybrid 3220 | 4530 | 311000105 | $11,250 |
| Toro Workman 3200 | 7211 | 220000303 | $5,500 |
| Toro Workman Sprayer | | | $8,990 |
| Toro Z Turn Mower | 74416 | 250000623 | $1,650 |
| Waker 4" Trash Pump | PTS4V | 5101218 | SCRAP |
| Waker 4" Trash Pump | PTS4V | 5101219 | SCRAP |
| Weidermenn Turf Vac | 500 | | $3,840 |
| Wiedenmann Sweeper | 600 | 1012750003172000 | $13,290 |
| | | | $190,835 |

| Tennis Equipment | | | | | |
|---|---|---|---|---|---|
| Year | Make | Model | Serial Number | Value | |
| | Playmate | Smash Ball Machine | | $ | 2,300.00 |
| | Proline | Tow Roller | | $ | 1,000.00 |
| | | Tennis Court water remover | | $ | 100.00 |
| | | 30ft Large "A" Frame Ladder | | $ | 200.00 |
| | | Outdoor Water Cooler Housing units | | $ | 100.00 |
| | | Outdoor Water Cooler Housing units | | $ | 101.00 |
| | | Outdoor Water Cooler Housing units | | $ | 102.00 |
| | | Outdoor Water Cooler Housing units | | $ | 103.00 |
| | | Portable Water Cooler Stands & Cooler | | $ | 25.00 |
| | | Portable Water Cooler Stands & Cooler | | $ | 26.00 |
| | | Portable Water Cooler Stands & Cooler | | $ | 27.00 |
| | | Portable Water Cooler Stands & Cooler | | $ | 28.00 |
| | | Tennis Ball Hoppers  (8) @$5 | | $ | 40.00 |
| | | Pickleball Ball Hoppers (4) @$5 | | $ | 20.00 |
| | | Roll Dri Water Removers (4) @$10 | | $ | 40.00 |
| | | Outdoor rocking chairs (4) @ $25 | | $ | 100.00 |
| | | Outdoor Seating Benches (8) @ $25 | | $ | 200.00 |
| | | Outdoor patio tables (7) @ $20 | | $ | 140.00 |
| | | Outdoor patio chairs (20) @$5 | | $ | 100.00 |
| | | Outdoor plastic chairs (7) @$2 | | $ | 14.00 |
| | Lee | Tennis court brooms (4) @$25 | | $ | 100.00 |
| | Lee | Tennis court Line sweepers (4) @$25 | | $ | 100.00 |
| | | Windscreens (8) @ $750 | | $ | 6,000.00 |
| | | | | | |
| | | | | $ | 10,966.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## SPORTS CENTER

| Item | # O/H | Current Value |
|---|---|---|
| Sci-Fit Upper Body Ergometer | 1 | $ 449.25 |
| Sci- Fit Step One Recumbent Stepper | 1 | $ 644.25 |
| Concept II Rower | 1 | $ 189.00 |
| Keiser-M3 Bike w. Comp & Guard | 1 | $ 194.25 |
| CT Dual PVS with Stand | 1 | $ 149.25 |
| Precor 100iAMT Adaptive Motion Trainer | 2 | $ 2,398.50 |
| Precor 546EFX Elliptical | 1 | $ 1,019.25 |
| Precor 576EFX Elliptical | 2 | $ 1,798.50 |
| Precor Dual Arm Curl/Ext | 1 | $ 344.25 |
| Precor Dual Abdominal/Back Ext | 1 | $ 344.25 |
| Precor Dual Leg Press/Cal | 1 | $ 389.25 |
| Precor Dual Leg Extension/Curl | 1 | $ 344.25 |
| Precor Dual Hip Ab/Adduction | 1 | $ 344.25 |
| Precor Dual Multi-Press Station | 1 | $ 344.25 |
| Precor Dual Lat Pulldown/Mid-Row | 1 | $ 344.25 |
| Precor Dual Pec Fly/Rear Delt | 1 | $ 344.25 |
| Free Motion Rotary Torso | 1 | $ 419.25 |
| Precor FTS Glide Functional Trainer | 1 | $ 419.25 |
| Precor Assist Dip/Chin | 1 | $ 506.25 |
| Precor/Icarian Back Extension | 1 | $ 111.75 |
| TKO Kettlebell Rack | 1 | $ 54.00 |
| Hampton Vert DB Rack | 1 | $ 31.35 |
| Hampton Tray DB Rack | 1 | $ 74.25 |
| Precor Flat Bench | 1 | $ 119.25 |
| Precor 0-90 Super Bench | 2 | $ 238.50 |
| Precor Vert Knee Raise/Dip | 1 | $ 127.50 |
| Precor Ab/Decline Bench | 1 | $ 112.50 |
| Precor/Icarian Smith Machine | 1 | $ 446.25 |
| Icarian Barbell Rack | 1 | $ 112.50 |
| York Rubr Hex DB - 2.5lb | 2 | $ 1.20 |
| York Rubr Hex DB - 5lb | 2 | $ 1.80 |
| York Rubr Hex DB - 7.5lb | 2 | $ 2.70 |
| York Rubr Hex DB - 10lb | 2 | $ 3.60 |
| York Rubr Hex DB - 12.5lb | 2 | $ 4.50 |
| York Rubr Hex DB - 15lb | 2 | $ 5.40 |
| York Rubr Hex DB - 17.5lb | 2 | $ 6.30 |
| York Rubr Hex DB - 20lb | 2 | $ 7.20 |
| York Rubr Hex DB - 25lb | 2 | $ 8.70 |
| York Rubr Hex DB - 30lb | 2 | $ 10.50 |
| York Rubr Hex DB - 35lb | 2 | $ 12.30 |
| York Rubr Hex DB - 40lb | 2 | $ 14.10 |
| York Rubr Hex DB - 45lb | 2 | $ 15.45 |
| York Rubr Hex DB - 50lb | 2 | $ 17.70 |

| | | | |
|---|---|---|---|
| York Rubr Hex DB - 55lb | 2 | $ | 20.10 |
| York Rubr Hex DB - 60lb | 2 | $ | 21.90 |
| York Rubr Hex DB - 65lb | 2 | $ | 23.70 |
| York Rubr Hex DB - 70lb | 2 | $ | 25.50 |
| York Rubr Hex DB - 75lb | 2 | $ | 27.30 |
| York G2 Rubr Thin Oly - 45lb | 4 | $ | 35.40 |
| York G2 Rubr Thin Oly - 25lb | 4 | $ | 19.80 |
| York G2 Rubr Thin Oly - 10lb | 4 | $ | 8.40 |
| York G2 Rubr Thin Oly - 5lb | 4 | $ | 4.20 |
| York G2 Rubr Thin Oly - 2.5lb | 2 | $ | 1.20 |
| U2 Urethane BB 20lb | 1 | $ | 15.30 |
| U2 Urethane BB 25lb | 1 | $ | 16.50 |
| U2 Urethane BB 30lb | 1 | $ | 17.70 |
| U2 Urethane BB 35lb | 1 | $ | 18.90 |
| U2 Urethane BB 40lb | 1 | $ | 20.10 |
| U2 Urethane BB 45lb | 1 | $ | 21.30 |
| U2 Urethane BB 50lb | 1 | $ | 22.35 |
| U2 Urethane BB 55lb | 1 | $ | 23.70 |
| U2 Urethane BB 60lb | 1 | $ | 24.75 |
| U2 Urethane BB 65lb | 1 | $ | 25.95 |
| GoFit Kettle Bell - 7lb/Purple | 2 | $ | 5.40 |
| GoFit Kettle Bell - 10lb/Yellow | 2 | $ | 6.30 |
| GoFit Kettle Bell - 15lb/Red | 2 | $ | 8.40 |
| GoFit Kettle Bell - 20lb/Blue | 2 | $ | 10.50 |
| GoFit Kettle Bell - 25lb/Orange | 2 | $ | 12.60 |
| GoFit Kettle Bell - 30lb/Purple | 2 | $ | 14.70 |
| GoFit Kettle Bell - 35lb/Purple | 2 | $ | 16.50 |
| GoFit Kettle Bell - 40lb/Purple | 2 | $ | 18.60 |
| GoFit Kettle Bell - 45lb/Purple | 2 | $ | 20.70 |
| Spri Med Ball - 4lb | 1 | $ | 3.30 |
| Spri Med Ball - 6lb | 1 | $ | 4.05 |
| Spri Med Ball - 8lb | 1 | $ | 5.10 |
| Spri Med Ball - 10lb | 1 | $ | 5.70 |
| Spri Med Ball - 12lb | 1 | $ | 6.30 |
| Spri Med Ball - 15lb | 1 | $ | 6.75 |
| Spri Med Ball 6 Rack | 1 | $ | 20.85 |
| Ancient tables and chairs in lobby | various | $ | 100.00 |
| | | $ | 13,185.10 |

**POOL AND ACTIVITY CENTER**

|  |  | Value |
|---|---|---|
| 3/4/2019 | Umbrellas | $ 14,500.00 |
| 5/23/2014 | Lounge Chairs & Tables | $ 17,020.00 |
| 9/24/2015 | Replacement of Lap Pool Pump | $  1,935.00 |
| 3/5/2019 | Lap Pool Drain Cover Replacement | $  1,200.00 |
| 3/5/2019 | Lap Pool Equalizer Cover Replacement | $   600.00 |
| 9/25/2015 | Pentair C Series Pump 10HP | $  2,193.00 |
| 1/27/2015 | Replacement Motor for Pentair C Series Pump 10HP | $  1,462.50 |
| 5/1/2017 | Pool Maintenance Poles (2) | $    45.99 |
| 5/22/2019 | Kickboards | $   480.00 |
|  | AED | $  1,000.00 |
| 4/30/2019 | Lap Pool Planters | $   300.00 |
| 8/23/2019 | Foosball Table - Activities Room | $   325.00 |
| 2015 | Kettler Ping Pong Table - Family Pool | $   434.25 |
| 2013 | AMF Ping Pong Table - Activities Room | $   500.00 |
| 2013 | Samsung TV - Activities Room | $   200.00 |
| 2013 | XBOX 360 - Activities Room | $   200.00 |
| 2013 | Wii - Activities Room | $   200.00 |
| 3/14/2019 | Fuji Instamax Camera | $   125.00 |
| 3/20/2018 | Folding Tables (5@ 50.33) | $   176.16 |
| 2016 | Troy-Bilt Pressure Washer | $   272.30 |
| 4/21/2017 | Lifetime Folding Picnic Tables (2 @ 191.53) | $   287.29 |
| 5/23/2014 | Pool Start Blocks | $  9,900.00 |
| 3/15/2013 | Office Desk | $   500.00 |
| 5/6/2019 | Dell Computer | $  1,000.00 |
| 4/24/2015 | Security System | $  1,000.00 |
| 4/7/2015 | Pool Motor Replacement | $  3,500.00 |
|  |  | $ 59,356.49 |

**CLUBHOUSE**

| | | Value | | |
|---|---|---|---|---|
| 9/18/1996 | Miller Desk/Fairfield Chair | $ | 50.00 | |
| 4/22/1998 | 42 Falcon 17555 Maple Butcher Blo | $ | 300.00 | |
| 10/22/2004 | Courthouse wd Sidechairs Cherry (3) | $ | 200.00 | **TOTAL** |
| 2/20/2008 | Hon furniture | $ | 100.00 | $ 179,225.74 |
| 12/7/2009 | Bertolini Chairs (150) | $ | 10,000.00 | |
| 12/29/2007 | Chair & Lamp | $ | 100.00 | |
| 1/27/2010 | Credenza | $ | 100.00 | |
| 3/15/2013 | Office Furniture | $ | 1,000.00 | |
| various | 7 - 8' round tables | $ | 700.00 | |
| various | 15 - 6' round tables | $ | 1,500.00 | |
| various | 5' round tables | $ | 375.00 | |
| 7/16/2019 | 52 Resin Folding Chairs | $ | 1,600.00 | |
| 7/16/2019 | 8' RESIN Folding Banquet Table (30" x 96") | $ | 750.00 | |
| | | $ | 16,775.00 | |

| | **Womens Locker Room** | | | |
|---|---|---|---|---|
| 3/6/2019 | Fans | $ | 320.40 | |
| 4/1/2019 | Lounge Chairs | $ | 1,221.30 | |
| 4/1/2019 | Sofa | $ | 914.40 | |
| 4/1/2019 | Sconces above sofa | $ | 307.80 | |
| 4/1/2019 | Sconces adjacent to mirrors | $ | 970.20 | |
| 4/1/2019 | Sconces at sink | $ | 841.28 | |
| 4/1/2019 | Restroom Mirror | $ | 652.50 | |
| 4/1/2019 | Oval LED Mirror | $ | 702.00 | |
| 4/1/2019 | Amalfi round cocktail bench | $ | 333.00 | |
| 4/1/2019 | Arcadia Dining Table w/ chairs | $ | 720.00 | |
| 4/1/2019 | Arcadia flip top table w/ 2 backless stools | $ | 360.00 | |
| 4/1/2019 | 2 slatback chair | $ | 126.00 | |
| 4/1/2019 | 1 leaner mirror | $ | 450.00 | |
| 4/1/2019 | 1 circuit pillow | $ | 63.00 | |
| 4/1/2019 | 1 gravity floor lamp | $ | 270.00 | |
| 4/1/2019 | 1 accent table | $ | 270.00 | |
| 4/1/2019 | 1 Inlet Canvas | $ | 270.00 | |
| 4/1/2019 | 1 Joslin Round Silver Mirror | $ | 235.00 | |
| 4/1/2019 | 1 Cube Ottoman | $ | 134.10 | |
| 4/1/2019 | Pembroke cocktail table | $ | 630.00 | |
| 4/1/2019 | 2 Stockton Counter ht stool | $ | 207.00 | |
| 4/1/2019 | Privacy screen | $ | 193.50 | |
| 4/1/2019 | Dressing Room Mirror | $ | 144.90 | |
| 4/1/2019 | Vase | $ | 75.60 | |
| | | $ | 10,411.98 | |

| | **Men' Locker Room** | | | |
|---|---|---|---|---|
| 1-Apr | Gravity Table Lamp | $ | 126.00 | |
| 4/1/2019 | Light Wall Fixture | $ | 162.90 | |
| 4/1/2019 | Leather chairs | $ | 1,638.00 | |
| 4/1/2019 | End Table Lamp | $ | 135.00 | |
| 4/1/2019 | dining Chairs | $ | 1,039.50 | |
| 4/1/2019 | Round Table | $ | 630.00 | |
| 4/1/2019 | Ceiling Light W/ Fan | $ | 108.00 | |
| 4/1/2019 | Round Mirror | $ | 90.00 | |
| | | $ | 3,929.40 | |

| | | | | |
|---|---|---|---|---|
| 4/1/2019 | Artwork | $ | 666.00 | |
| 4/1/2019 | Art work | $ | 450.00 | |
| | | $ | 1,116.00 | |

| | | | | |
|---|---|---|---|---|
| 4/1/2019 | Lighting fixture outside Porters | $ | 1,125.00 | |

| | **Members Lounge** | | | |
|---|---|---|---|---|
| 4/1/2019 | Round Cocktail Table | $ | 540.00 | |
| 4/1/2019 | Gabriel Swivel Glders - 4 | $ | 1,710.00 | |
| 4/1/2019 | Kara cube Ottoman - 4 | $ | 1,305.00 | |
| 4/1/2019 | 3 TV's | $ | 2,250.00 | |
| 1/1/2004 | Old tables and chairs | $ | 2,200.00 | 13 high chairs, 2 high tops, 45 chairs, 2 pop up tables, 11- 20"x20" tables 25 years old |
| | | $ | 8,005.00 | |

**Foyer**

| | | | |
|---|---|---|---|
| 4/1/2019 | Amani Sofa table - foyer | $ | 405.00 |
| 4/1/2019 | Amani Chairside Table | $ | 270.00 |
| 4/1/2019 | Canvas | $ | 567.00 |
| 4/1/2019 | Tray & various decorations | $ | 95.40 |
| 4/1/2019 | 2 Adriana Accent tables | $ | 369.00 |
| | | $ | 1,706.40 |

**Porters**

| | | |
|---|---|---|
| 4/1/2019 | 1 Hostess Station | $1,278.00 |
| 4/1/2019 | 4 Current Working Estimate: Booths (no wings) - $ 8,548.00 | $7,693.20 |
| | 1 2'x3' Table (includes top & base) $ 765.45 | $688.91 |
| 4/1/2019 | 9 3'x3' Table (includes top & base) | $6,860.70 |
| 4/1/2019 | 2 3'x3' Drop Table - Open to 51" (includes top & base) | $4,873.50 |
| 4/1/2019 | 4 28"x60" Table (includes top, wall cleat & post leg) | $4,083.30 |
| 4/1/2019 | 1 Current Working Estimate: Group Banquette 15' x 4' | $5,085.00 |
| 4/1/2019 | 18 Dining Chairs (with additional stretcher) | $7,789.50 |
| 4/1/2019 | 23 Dining Chairs (with additional stretcher) | $9,054.00 |
| 4/1/2019 | 12 Bar Stools at bar | $5,684.40 |
| 4/1/2019 | 10 Bar Stools @ 2 tops | $4,736.70 |
| 4/1/2019 | 5 2' Round Bar Ht Tables (includes top & base) | $2,822.40 |
| 4/1/2019 | 1 Custom Printed 18' x 3'-6" Vinyl Mural (Repair Estimate) | $396.90 |
| 4/1/2019 | 10 Dining Chairs (with additional stretcher) | $3,936.00 |
| 4/1/2019 | 6 Dining Chairs w/ Arms (with additional stretcher | $2,596.15 |
| 4/1/2019 | 8 Dining Chairs @ Banquette | $4,176.00 |
| 4/1/2019 | 6 2'x3' Table (includes top & base) | $4,133.70 |
| 4/1/2019 | 2'8" x 6' Table (includes top & base) | $1,400.00 |
| 4/1/2019 | 4 3'x3' Table (includes top & base) | $3,049.20 |
| 4/1/2019 | 1 Current Working Estimate: 109.25" x 300.75" Banquette Booth | $8,367.30 |
| 4/1/2019 | 10 Artwork selections | $3,150.00 |
| 4/1/2019 | 4 Chandelier above dining tables | $2,722.90 |
| 4/1/2019 | 4 C1 Single wall sconse | $958.50 |
| 4/1/2019 | 2 C2 Double Wall sconce | $706.50 |
| 4/1/2019 | 7 D dining Banquette Pendant | $2,194.20 |
| 4/1/2019 | 4 new artwork pieces | $1,530.00 |
| | | $99,966.96 |

**Golf Office & Events Office**

| | | | |
|---|---|---|---|
| 3/6/2019 | 2 Desks Holland Series | $ | 1,873.00 |
| 3/6/2019 | Drawers | $ | 108.00 |
| 3/6/2019 | Lateral File cabinet | $ | 444.00 |
| 3/6/2019 | 2 guest chairs | $ | 337.00 |
| 3/6/2019 | 1 desk shell on right | $ | 490.00 |
| 3/6/2019 | Bookcases | $ | 270.00 |
| 3/6/2019 | Reception box Arm Chair | $ | 168.00 |
| | | $ | 3,690.00 |

**patio**

| | | | |
|---|---|---|---|
| 2016 | 10 square tables | $ | 8,000.00 |
| 2016 | 4 rectagular tables | $ | 3,200.00 |
| 2016 | 60 chairs | $ | 12,000.00 |
| 4/1/2019 | 12 umbrellas | $ | 3,300.00 |
| 2016 | portable bar | $ | 1,500.00 |
| 2016 | 8 adirondack chairs | $ | 3,500.00 |
| | | $ | 31,500.00 |

| | | | |
|---|---|---|---|
| computers | 1 new | $ | 1,000.00 |
| | 6 very old | $ | - |
| | | $ | 1,000.00 |