UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| In Re: | : | Case No. 19-04309-5-SWH |
|---|---|---|
| Porters Neck Country Club, Inc. | : | Chapter 11 |
| Debtor(s) | : | |

### NOTICE OF PERFECTION OF STATUTORY LIEN
### PURSUANT TO SECTION 546(b) OF THE BANKRUPTCY CODE

**Chambliss & Rabil Contractors, Inc.** ("C&R"/Lien Claimant"), by and through counsel, hereby provides Notice pursuant to Section 546(b) of the Bankruptcy Code of its perfection of its statutory lien rights as follows:

1. C&R/Lien Claimant claims a statutory lien and has perfected such statutory lien against certain real property and improvements owned by Debtor located in Wilmington, New Hanover County, North Carolina (the "Property"), more particularly described in the Claim of Lien filed on November 13, 2019 with the New Hanover County Clerk of Court, a copy of which is attached hereto as Exhibit A.

2. That pursuant to its contract with Debtor C&R/Lien Claimant provided labor, materials and other construction services to the real property owned by Debtor with regard to the repair and renovation of storm damage to the Clubhouse.

3. C&R/Lien Claimant hereby gives notice, pursuant to Sections 362(b)(3) and 546(b) of the Bankruptcy Code that it has perfected its statutory lien against the Property in accordance with Chapter 44A of the North Carolina General Statutes. C&R/Lien Claimant reserves the right to enforce its lien interest in the Property and improvements.

4. This Notice is being provided within the time fixed by law for commencement of an action to enforce said Claims of Lien which relates back to and including the first date upon which labor or materials were first furnished by C&R/Lien Claimant to the improved

Property owned by Debtor.

This the 11th day of December, 2019.

        YOW, FOX & MANNEN, L.L.P.
        Attorneys for Chambliss & Rabil Contractors, Inc.

        By: <u>S/ Jerry A. Mannen, Jr.</u>
        Jerry A. Mannen, Jr.
        State Bar No. 17498
        102 North Fifth Avenue
        P.O. Drawer 479
        Wilmington, N.C. 28402
        Telephone: (910) 762-2421
        Facsimile: (910) 251-9247
        Email: jmannen@yfmlaw.com

STATE OF NORTH CAROLINA        COUNTY OF NEW HANOVER

FILED
2019 NOV 13 A 11: 27

## CLAIM OF LIEN

NEW HANO[...] CO., C.S.C.
BY

NOW COMES, CHAMBLISS & RABIL CONTRACTORS, INC., by and through its undersigned attorney, and hereby makes a claim of lien pursuant to N.C.G.S. 44A et. seq. as follows:

1. Name and address of person claiming the lien:

   Chambliss & Rabil Contractors, Inc.
   821 Country Club Road
   Rocky Mount, NC 27804

2. Name and address of the record owner of the real property claimed to be subject to the lien at the time the claim of lien is filed:

   Porters Neck Country Club, Inc.
   8403 Vintage Club Drive
   Wilmington, NC 28411

3. Description of the real property upon which the lien is claimed:

Being a Portion of Tract Four as described in Exhibit A attached hereto and being more commonly known as the Porters Neck Country Club clubhouse site and surrounding areas.

Also being the same property which is more commonly known as 8403 Vintage Club Drive, Wilmington, North Carolina, Tax Parcel Identification No. R03700-002-018-000 and being more commonly know as the Porters Neck Country Club and surrounding areas.

4. Name and address of the general contractor:

   Chambliss & Rabil Contractors, Inc.
   821 Country Club Road
   Rocky Mount, NC 27804

5. Name and address of the person with whom the claimant contracted for the furnishing of labor or materials:

   Porters Neck Country Club, Inc.
   Marc Tingle, General Manager and
    Chief Operating Officer
   Porters Neck Country Club
   8403 Vintage Club Drive
   Wilmington, NC 28411

A TRUE COPY
CLERK OF SUPERIOR COURT
NEW HANOVER COUNTY
BY: Kristina J. McCoy
Deputy Clerk of Superior Court

19 m 1257

6. Date upon which labor and materials were first furnished upon said property by claimant:

November 6, 2018

7. Date upon which labor and materials were last furnished upon said property by the claimant:

July 17, 2019

8. General description of the labor performed or materials furnished and the amount claimed therefor:

Pursuant to its contract with Porters Neck Country Club, Inc. Chambliss & Rabil Contractors, Inc. furnished labor, materials and services to the real property owned by Debtor with regard to the repair and renovation of storm damage to the Clubhouse and surrounding areas.

The Amount of the Lien Claimed Pursuant to the Above-Described Contract:

$38,898.03, plus reasonable attorneys fees and costs as allowed by N.C.G.S. 44A-35, contract, or otherwise.

Respectfully submitted this the 13 day of November, 2019.

CHAMBLISS & RABIL CONTRACTORS, INC.

BY: _____
Jerry A. Mannen, Jr.
Attorney for Claimant
Chambliss & Rabil Contractors, Inc.
102 North Fifth Avenue
Post Office Drawer 479
Wilmington, NC 28402
(910) 762-2421
(910) 251-9247 facsimile
jmannen@yfmlaw.com

EXHIBIT A
Page 1 of 9 Pages

PARID: R03700-002-018-000
PORTERS NECK COUNTRY CLUB INC

8403 VINTAGE CLUB CIR

| Parcel | |
|---|---|
| Alt ID | 317906.49.9543.000 |
| Address | 8403 VINTAGE CLUB CIR |
| Unit | |
| City | WILMINGTON |
| Zip Code | - |
| Neighborhood | F9G03 |
| Class | RES-Residential |
| Land Use Code | 798-Recreational (private) |
| Living Units | |
| Acres | |
| Zoning | R-20-RESIDENTIAL DISTRICT |

| Legal | |
|---|---|
| Legal Description | PORTERS NECK CLUBHOUSE SITE |
| Tax District | FD |

| Owners (On January1st) | |
|---|---|
| Owner | PORTERS NECK COUNTRY CLUB INC |
| City | WILMINGTON |
| State | NC |
| Country | |
| Zip | 28411 |

THE DATA IS FROM 2019





## INVESTORS TITLE INSURANCE COMPANY
P.O. Drawer 2687
Chapel Hill, North Carolina 27515-2687

Policy No. ▓▓▓▓22NF

RIGHT-OF-WAY).-THENCE,-WITH-SAID-RIGHT-OF-WAY-LINE,-SOUTH-22-DEGREES-08-MINUTES
59-SECONDS-WEST-A-DISTANCE-OF-50.99-FEET-TO-A-POINT-ON-A-CURVE-TO-THE-LEFT
HAVING-A-RADIUS-OF-165.46-FEET.-THENCE-ALONG-THE-ARC-OF-SAID-CURVE-TO-A-POINT
THAT-BEARS-SOUTH-17-DEGREES-15-MINUTES-58-SECONDS-WEST-A-CHORD-DISTANCE-OF
60.38-FEET-FROM-THE-PRECEDING-POINT.-THENCE-SOUTH-6-DEGREES-45-MINUTES-14
SECONDS-WEST-A-DISTANCE-OF-65.28-FEET-TO-A-POINT-ON-A-CURVE-TO-THE-RIGHT-HAVING
A-RADIUS-OF-209.92-FEET.-THENCE-ALONG-THE-ARC-OF-SAID-CURVE-TO-A-POINT-THAT
BEARS-SOUTH-22-DEGREES-37-MINUTES-05-SECONDS-WEST-A-CHORD-DISTANCE-OF-114.77
FEET-FROM-THE-PRECEDING-POINT.-THENCE-NORTH-6-DEGREES-25-MINUTES-43-SECONDS
WEST-A-DISTANCE-OF-130.87-FEET-TO-THE-POINT-OF-BEGINNING;-CONTAINING-27.36
ACRES,-MORE-OR-LESS.

TRACT-FOUR:

DESCRIPTION-FOR-PORTERS-NECK-COUNTRY-CLUB,-INC.
REVISED-GOLF-HOLES-8,-9,-10,-11-&-18
INCLUDING-GOLF-HOLE-1,-DRIVING-RANGE
GOLF-MAINTENANCE-AREA-&-CLUBHOUSE-SITE
78.22-ACRES-NET

COMMENCING-AT-THE-INTERSECTION-OF-THE-SOUTHWESTERLY-RIGHT-OF-WAY-LINE-OF-FAZIO
DRIVE-(50-FOOT-WIDE-RIGHT-OF-WAY)-AND-THE-NORTHWESTERLY-RIGHT-OF-WAY-LINE-OF
VINTAGE-CLUB-DRIVE-(40-FOOT-WIDE-RIGHT-OF-WAY)-AS-SHOWN-ON-A-MAP-OF-PORTERS
NECK-PLANTATION-SECTION-I,-CHAMPIONS-ROW-RECORDED-IN-MAP-BOOK-32-AT-PAGE-293-IN
THE-NEW-HANOVER-COUNTY-REGISTRY.-SAID-POINT-BEING-TO-ON-A-CURVE-TO-THE-RIGHT
HAVING-A-RADIUS-OF-795.44-FEET-AND-BEING-THE-POINT-OF-BEGINNING;

THENCE,-FROM-SAID-POINT-OF-BEGINNING-WITH-SAID-NORTHWESTERLY-RIGHT-OF-WAY-LINE
OF-VINTAGE-CLUB-DRIVE-ALONG-THE-ARC-OF-SAID-CURVE,-SOUTH-51-DEGREES-38-MINUTES
33-SECONDS-WEST-A-CHORD-DISTANCE-OF-89.13-FEET-FROM-THE-PRECEDING-POINT.-THENCE
SOUTH-54-DEGREES-51-MINUTES-15-SECONDS-WEST-A-DISTANCE-OF-251.24-FEET-TO-A
POINT-ON-A-CURVE-TO-THE-LEFT-HAVING-A-RADIUS-OF-416.74-FEET.-THENCE-ALONG-THE

**INVESTORS TITLE INSURANCE COMPANY**
P.O. Drawer 2687
Chapel Hill, North Carolina 27515-2687

Policy No. ▇▇▇▇22NF

```
ARC-OF-SAID-CURVE-TO-A-POINT-THAT-BEARS-SOUTH-48-DEGREES-10-MINUTES-47-SECONDS
WEST-A-CHORD-DISTANCE-OF-96.87-FEET-FROM-THE-PRECEDING-POINT.-THENCE-SOUTH-41
DEGREES-30-MINUTES-20-SECONDS-WEST-A-DISTANCE-OF-371.74-FEET-TO-A-POINT-ON-A
CURVE-TO-THE-LEFT-HAVING-A-RADIUS-OF-320.00-FEET.-THENCE-ALONG-THE-ARC-OF-SAID
CURVE-TO-A-POINT-THAT-BEARS-SOUTH-5-DEGREES-30-MINUTES-20-SECONDS-WEST-A-CHORD
DISTANCE-OF-376.18-FEET-FROM-THE-PRECEDING-POINT.-THENCE-SOUTH-30-DEGREES-29
MINUTES-12-SECONDS-EAST-A-DISTANCE-OF-71.24-FEET-TO-A-POINT-ON-A-CURVE-TO-THE
LEFT-HAVING-A-RADIUS-OF-174.58-FEET.-THENCE-ALONG-THE-ARC-OF-SAID-CURVE-TO-A
POINT-THAT-BEARS-SOUTH-55-DEGREES-46-MINUTES-55-SECONDS-EAST-A-CHORD-DISTANCE
OF-149.15-FEET-FROM-THE-PRECEDING-POINT.-SAID-POINT-BEING-THE-NORTHEASTERLY
CORNER-OF-LOT-1-OF-SAID-PORTERS-NECK-PLANTATION-SECTION-I,-CHAMPIONS-ROW.
THENCE,-WITH-THE-LINES-OF-SAID-CHAMPIONS-ROW,-SOUTH-11-DEGREES-21-MINUTES-52
SECONDS-EAST-A-DISTANCE-OF-140.84-FEET-TO-A-POINT.-THENCE-NORTH-78-DEGREES-38
MINUTES-08-SECONDS-EAST-A-DISTANCE-OF-761.81-FEET-TO-A-POINT.-THENCE-NORTH-59
DEGREES-14-MINUTES-45-SECONDS-EAST-A-DISTANCE-OF-358.96-FEET-TO-A-POINT-ON-A
CURVE,-TO-THE-RIGHT-HAVING-A.-RADIUS-OF-150.00-FEET.-THENCE-ALONG-THE-ARC-OF
SAID-CURVE-TO-A-POINT-THAT-BEARS-NORTH-72-DEGREES-24-MINUTES-36-SECONDS-EAST-A
CHORD-DISTANCE-OF-68.32-FEET-FROM-THE-PRECEDING-POINT.-THENCE-NORTH-44-DEGREES
55-MINUTES-08-SECONDS-WEST-A-DISTANCE-OF-498.98-FEET-TO-A-POINT-ON-A-CURVE-TO
THE-RIGHT-HAVING-A-RADIUS-OF-150.00-FEET.-THENCE-ALONG-THE-ARC-OF-SAID-CURVE-TO
A-POINT-THAT-BEARS-NORTH-15-DEGREES-26-MINUTES-10-SECONDS-EAST-A-CHORD-DISTANCE
OF-260.73-FEET-FROM-THE-PRECEDING-POINT.-THENCE-NORTH-15-DEGREES-57-MINUTES-09
SECONDS-EAST-A-DISTANCE-OF-18.95-FEET-TO-A-POINT-IN-THE-SOUTHERLY-RIGHT-OF-WAY
LINE-OF-SAID-FAZIO-DRIVE.-THENCE,-WITH-SAID-LINE-OF-FAZIO-DRIVE,-SOUTH-74
DEGREES-15-MINUTES-46-SECONDS-EAST-A-DISTANCE-OF-204.05-FEET-TO-A-POINT-AT-THE
NORTHWESTERLY-CORNER-OF-LOT-24,-PORTERS-NECK-PLANTATION,-PHASE-I,-SECTION-I
RECORDED-IN-MAP-BOOK-33-AT-PAGE-183-IN-THE-NEW-HANOVER-COUNTY-REGISTRY.-THENCE,
WITH-THE-LINES-OF-SAID-PORTERS-NECK-PLANTATION,-PHASE-I,-SECTION-I,-SOUTH-56
DEGREES-41-MINUTES-17-SECONDS-WEST-A-DISTANCE-OF-47.19-FEET-TO-A-POINT.-THENCE
SOUTH-33-DEGREES-18-MINUTES-43-SECONDS-EAST-A-DISTANCE-OF-491.94-FEET-TO-A
POINT-ON-A-CURVE,-TO-THE-RIGHT-HAVING-A-RADIUS-OF-100.00-FEET.-THENCE-ALONG-THE
ARC-OF-SAID-CURVE-TO-A-POINT-THAT-BEARS-SOUTH-1-DEGREES-47-MINUTES-51-SECONDS
WEST-A-CHORD-DISTANCE-OF-1L5.03-FEET-FROM-THE-PRECEDING-POINT.-THENCE-SOUTH-3
```

**INVESTORS TITLE INSURANCE COMPANY**
P.O. Drawer 2687
Chapel Hill, North Carolina 27515-2687

Policy No. 22NF

```
DEGREES-06-MINUTES-41-SECONDS-EAST-A-DISTANCE-OF-112.25-FEET-TO-A-POINT.-THENCE
SOUTH-19-DEGREES-20-MINUTES-02-SECONDS-WEST-A-DISTANCE-OF-106.32-FEET-TO-A
POINT.-THENCE-SOUTH-35-DEGREES-55-MINUTES-55-SECONDS-WEST-A-DISTANCE-OF-80.25
FEET-TO-A-POINT.-THENCE-SOUTH-45-DEGREES-32-MINUTES-11-SECONDS-WEST-A-DISTANCE
OF-100.56-FEET-TO-A-POINT.-THENCE-SOUTH-59-DEGREES-14-MINUTES-45-SECONDS-WEST-A
DISTANCE-OF-279.34-FEET-TO-A-POINT-ON-A-CURVE-TO-THE-RIGHT-HAVING-A-RADIUS-OF
150.00-FEET.-THENCE-ALONG-THE-ARC-OF-SAID-CURVE-TO-A-POINT-THAT-BEARS-SOUTH-72
DEGREES-31-MINUTES-27-SECONDS-WEST-A-CHORD-DISTANCE-OF-68.90-FEET-FROM-THE
PRECEDING-POINT.-SAID-POINT-BEING-IN-THE-NORTHERLY-LINE-OF-PORTERS-NECK
PLANTATION,-JUPITER-HILLS-RECORDED-IN-MAP-BOOK-33-AT-PAGE-216-IN-THE-NEW
HANOVER-COUNTY-REGISTRY.-THENCE,-WITH-THE-LINES-OF-SAID-JUPITER-HILLS,-SOUTH-85
DEGREES-48-MINUTES-08-SECONDS-WEST-A-DISTANCE-OF-477.95-FEET-TO-A-POINT.-THENCE
NORTH-4-DEGREES-11-MINUTES-50-SECONDS-WEST-A-DISTANCE-OF-12.00-FEET-TO-A-POINT.
THENCE-SOUTH-84-DEGREES-02-MINUTES-05-SECONDS-WEST-A-DISTANCE-OF-175.08-FEET-TO
A-POINT.-THENCE-NORTH-84-DEGREES-09-MINUTES-57-SECONDS-WEST-A-DISTANCE-OF
193.46-FEET-TO-A-POINT.-THENCE-SOUTH-3-DEGREES-52-MINUTES-14-SECONDS-WEST-A
DISTANCE-OF-77.78-FEET-TO-A-POINT.-THENCE-SOUTH-68-DEGREES-53-MINUTES-38
SECONDS-EAST-A-DISTANCE-OF-270.18-FEET-TO-A-POINT.-THENCE-SOUTH-52-DEGREES-30
MINUTES-08-SECONDS-EAST-A-DISTANCE-OF-358.92-FEET-TO-A-POINT-ON-A-CURVE-TO-THE
RIGHT-HAVING-A-RADIUS-OF-150.00-FEET.-THENCE-ALONG-THE-ARC-OF-SAID-CURVE-TO-A
POINT-THAT-BEARS-SOUTH-44-DEGREES-58-MINUTES-05-SECONDS-EAST-A-CHORD-DISTANCE
OF-39.34-FEET-FROM-THE-PRECEDING-POINT-THENCE-SOUTH-37-DEGREES-26-MINUTES-01
SECONDS-EAST-A-DISTANCE-OF-798.43-FEET-TO-A-POINT-ON-A-CURVE,-TO-THE-RIGHT
HAVING-A-RADIUS-OF-100.00-FEET.-SAID-POINT-BEING-IN-THE-SOUTHWESTERLY-BOUNDARY
LINE-OF-AFORESAID-PORTERS-NECK-PLANTATION,-PHASE-I,-SECTION-I.-THENCE,-WITH
SAID-PORTERS-NECK-PLANTATION,-PHASE-I,-SECTION-I-LINES-ALONG-THE-ARC-OF-SAID
CURVE-TO-A-POINT-THAT-BEARS-SOUTH-5-DEGREES-46-MINUTES-29-SECONDS-WEST-A-CHORD
DISTANCE-OF-136.93-FEET-FROM-THE-PRECEDING-POINT.-THENCE-SOUTH-48-DEGREES-58
MINUTES-59-SECONDS-WEST-A-DISTANCE-OF-87.72-FEET-TO-A-POINT-IN-THE-NORTHERLY
RIGHT-OF-WAY-LINE-OF-PORTERS-NECK-ROAD-(SR-1491,-60-FOOT-WIDE-PUBLIC
RIGHT-OF-WAY).-THENCE,-WITH-SAID-LINE-OF-PORTERS-NECK-ROAD,-NORTH-49-DEGREES-02
MINUTES-33-SECONDS-WEST-A-DISTANCE-OF-1150.94-FEET-TO-A-POINT.-THENCE-NORTH-49
DEGREES-51-MINUTES-15-SECONDS-WEST-A-DISTANCE-OF-153.58-FEET-TO-A-POINT.-THENCE
```

**INVESTORS TITLE INSURANCE COMPANY**
P.O. Drawer 2687
Chapel Hill, North Carolina 27515-2687

Policy No. ▮22NF

```
NORTH-52-DEGREES-45-MINUTES-42-SECONDS-WEST-A-DISTANCE-OF-102.31-FEET-TO-A
POINT.-THENCE-NORTH-58-DEGREES-27-MINUTES-40-SECONDS-WEST-A-DISTANCE-OF-102.95
FEET-TO-A-POINT.-THENCE-NORTH-63-DEGREES-56-MINUTES-08-SECONDS-WEST-A-DISTANCE
OF-102.68-FEET-TO-A-POINT.-THENCE-NORTH-68-DEGREES-27-MINUTES-07-SECONDS-WEST-A
DISTANCE-OF-102.48-FEET-TO-A-POINT.-THENCE-NORTH-73-DEGREES-21-MINUTES-47
SECONDS-WEST-A-DISTANCE-OF-102.48-FEET-TO-A-POINT.-THENCE-NORTH-73-DEGREES-21
MINUTES-47-SECONDS-WEST-A-DISTANCE-OF-33.16-FEET-TO-A-POINT.-THENCE-NORTH-79
DEGREES-53-MINUTES-17-SECONDS-WEST-A-DISTANCE-OF-88.29-FEET-TO-A-POINT.-THENCE,
LEAVING-THE-RIGHT-OF-WAY-OF-SAID-PORTERS-NECK-ROAD,-NORTH-74-DEGREES-51-MINUTES
22-SECONDS-WEST-A-DISTANCE-OF-206.01-FEET-TO-A-POINT-ON-A-CURVE-TO-THE-RIGHT
HAVING-A-RADIUS-OF-150.00-FEET.-THENCE-ALONG-THE-ARC-OF-SAID-CURVE-TO-A-POINT
THAT-BEARS-NORTH-71-DEGREES-26-MINUTES-37-SECONDS-WEST-A-CHORD-DISTANCE-OF
17.86-FEET-FROM-THE-PRECEDING-POINT.-THENCE-NORTH-68-DEGREES-01-MINUTES-51
SECONDS-WEST-A-DISTANCE-OF-798.44-FEET-TO-A-POINT-ON-A-CURVE-TO-THE-RIGHT
HAVING-A-RADIUS-OF-100.00-FEET.-THENCE-ALONG-THE-ARC-OF-SAID-CURVE-TO-A-POINT
THAT-BEARS-NORTH-58-DEGREES-00-MINUTES-31-SECONDS-WEST-A-CHORD-DISTANCE-OF
34.81-FEET-FROM-THE-PRECEDING-POINT.-THENCE-NORTH-10-DEGREES-06-MINUTES-08
SECONDS-EAST-A-DISTANCE-OF-970.19-FEET-TO-A-POINT.-THENCE-SOUTH-79-DEGREES-58
MINUTES-37-SECONDS-EAST-A-DISTANCE-OF-47.28-FEET-TO-A-POINT.-THENCE-NORTH-10
DEGREES-06-MINUTES-08-SECONDS-EAST-A-DISTANCE-OF-61.65-FEET-TO-A-POINT.-THENCE
NORTH-79-DEGREES-58-MINUTES-37-SECONDS-WEST-A-DISTANCE-OF-47.28-FEET-TO-A
POINT.-THENCE-NORTH-10-DEGREES-06-MINUTES-08-SECONDS-EAST-A-DISTANCE-OF-270.41
FEET-TO-A-POINT-IN-THE-SOUTHERLY-BOUNDARY-LINE-OF-HUNTERS-GREEN,-PHASE-I-AT
PORTERS-NECK-PLANTATION-RECORDED-IN-MAP-BOOK-35-AT-PAGE-132-IN-THE-NEW-HANOVER
COUNTY-REGISTRY.-THENCE,-WITH-THE-LINES-OF-SAID-HUNTERS-GREEN,-PHASE-I,-SOUTH
79-DEGREES-53-MINUTES-12-SECONDS-EAST-A-DISTANCE-OF-42.60-FEET-TO-A-POINT.
THENCE-NORTH-10-DEGREES-06-MINUTES-48-SECONDS-EAST-A-DISTANCE-OF-143.46-FEET-TO
A-POINT-IN-THE-SOUTHERLY-RIGHT-OF-WAY-LINE-OF-WILD-DUNES-CIRCLE-(VARIABLE-WIDTH
PRIVATE-RIGHT-OF-WAY).-THENCE,-WITH-SAID-LINE-OF-WILD-DUNES-CIRCLE,-NORTH-61
DEGREES-14-MINUTES-30-SECONDS-EAST-A-DISTANCE-OF-3.92-FEET-TO-A-POINT-ON-A
CURVE-TO-THE-RIGHT-HAVING-A-RADIUS-OF-25.00-FEET.-THENCE-ALONG-THE-ARC-OF-SAID
CURVE-TO-A-POINT-THAT-BEARS-SOUTH-89-DEGREES-20-MINUTES-44-SECONDS-EAST-A-CHORD
DISTANCE-OF-24.67-FEET-FROM-THE-PRECEDING-POINT.-SAID-POINT-BEING-ON-A-CURVE-TO
```

*Form No. 110-06-A*  *Page 16*

**INVESTORS TITLE INSURANCE COMPANY**
P.O. Drawer 2687
Chapel Hill, North Carolina 27515-2687

Policy No. ▮▮▮▮22NF

```
THE-RIGHT-HAVING-A-RADIUS-OF-376.27-FEET.-THENCE-ALONG-THE-ARC-OF-SAID-CURVE-TO
A-POINT-THAT-BEARS-SOUTH-56-DEGREES-32-MINUTES-59-SECONDS-EAST-A-CHORD-DISTANCE
OF-42.37-FEET-FROM-THE-PRECEDING-POINT.-SAID-POINT-BEING-ON-A-CURVE-TO-THE-LEFT
HAVING-A-RADIUS-OF-202.17-FEET.-THENCE-ALONG-THE-ARC-OF-SAID-CURVE-TO-A-POINT
THAT-BEARS-SOUTH-76-DEGREES-44-MINUTES-11-SECONDS-EAST-A-CHORD-DISTANCE-OF
160.68-FEET-FROM-THE-PRECEDING-POINT.-SAID-POINT-BEING-ON-A-CURVE-TO-THE-LEFT
HAVING-A-RADIUS-OF-326.21-FEET.-THENCE-ALONG-THE-ARC-OF-SAID-CURVE-TO-A-POINT
THAT-BEARS-NORTH-59-DEGREES-40-MINUTES-12-SECONDS-EAST-A-CHORD-DISTANCE-OF
225.06-FEET-TO-A-POINT-ON-A-CURVE,-TO-THE-LEFT-HAVING-A-RADIUS-OF-249.92-FEET.
THENCE-ALONG-THE-ARC-OF-SAID-CURVE-TO-A-POINT-THAT-BEARS-NORTH-23-DEGREES-07
MINUTES-21-SECONDS-EAST-A-CHORD-DISTANCE-OF-140.86-FEET-FROM-THE-PRECEDING
POINT.-THENCE-NORTH-6-DEGREES-45-MINUTES-14-SECONDS-EAST-A-DISTANCE-OF-65.28
FEET-TO-A-POINT-ON-A-CURVE,-TO-THE-RIGHT-HAVING-A-RADIUS-OF-125.46-FEET.-THENCE
ALONG-THE-ARC-OF-SAID-CURVE-TO-A-POINT-THAT-BEARS-NORTH-17-DEGREES-15-MINUTES
58-SECONDS-EAST-A-CHORD-DISTANCE-OF-45.78-FEET-FROM-THE-PRECEDING-POINT-THENCE
NORTH-33-DEGREES-24-MINUTES-16-SECONDS-EAST-A-DISTANCE-OF-50.99-FEET-TO-A
POINT.-THENCE,-LEAVING-THE-RIGHT-OF-WAY-LINE-OF-SAID-WILD-DUNES-CIRCLE,-SOUTH
62-DEGREES-13-MINUTES-17-SECONDS-EAST-A-DISTANCE-OF-95.36-FEET-TO-A-POINT-ON-A
CURVE-TO-THE-RIGHT-HAVING-A-RADIUS-OF-100.00-FEET.-THENCE-ALONG-THE-ARC-OF-SAID
CURVE-TO-A-POINT-THAT-BEARS-SOUTH-43-DEGREES-35-MINUTES-42-SECONDS-EAST-A-CHORD
DISTANCE-OF-189.44-FEET-FROM-THE-PRECEDING-POINT.-THENCE-SOUTH-27-DEGREES-42
MINUTES-06-SECONDS-WEST-A-DISTANCE-OF-298.08-FEET-TO-A-POINT.-THENCE-SOUTH-66
DEGREES-59-MINUTES-29-SECONDS-EAST-A-DISTANCE-OF-605.32-FEET-TO-A-POINT.-THENCE
NORTH-54-DEGREES-55-MINUTES-56-SECONDS-EAST-A-DISTANCE-OF-57.30-FEET-TO-A-POINT
IN-THE-SOUTHEASTERLY-BOUNDARY-LINE-OF-FAIRWAYS-COMMONS,-PHASE-II-AT-PORTERS
NECK-PLANTATION-RECORDED-IN-MAP-BOOK-41-AT-PAGE-121-IN-THE-NEW-HANOVER-COUNTY
REGISTRY.-THENCE,-WITH-SAID-LINE,-NORTH-63-DEGREES-36-MINUTES-18-SECONDS-EAST-A
DISTANCE-OF-192.42-FEET-TO-A-POINT-IN-THE-SOUTHEASTERLY-BOUNDARY-LINE-OF
FAIRWAYS-COMMONS,-PHASE-I-AT-PORTERS-NECK-PLANTATION-RECORDED-IN-MAP-BOOK-40-AT
PAGE-87-IN-THE-NEW-HANOVER-COUNTY-REGISTRY.-THENCE,-WITH-SAID-LINE,-NORTH-51
DEGREES-44-MINUTES-31-SECONDS-EAST-A-DISTANCE-OF-209.13-FEET-TO-A-POINT-IN-THE
SOUTHERLY-RIGHT-OF-WAY-LINE-OF-AFORESAID-FAZIO-DRIVE.-SAID-POINT-BEING-ON-A
CURVE-TO-THE-RIGHT-HAVING-A-RADIUS-OF-316.56-FEET.-THENCE,-THE-LINES-OF-SAID
```

**INVESTORS TITLE INSURANCE COMPANY**
P.O. Drawer 2687
Chapel Hill, North Carolina 27515-2687

Policy No. ▇▇▇22NF

```
FAZIO-DRIVE-ALONG-THE-ARC-OF-SAID-CURVE-TO-A-POINT-THAT-BEARS-SOUTH-56-DEGREES
41-MINUTES-14-SECONDS-EAST-A-CHORD-DISTANCE-OF-169.65-FEET-FROM-THE-PRECEDING
POINT.-THENCE-SOUTH-41-DEGREES-08-MINUTES-49-SECONDS-EAST-A-DISTANCE-OF-125.26
FEET-TO-THE-POINT-OF-BEGINNING;-CONTAINING-78.71-ACRES,-MORE-OR-LESS.

EXCEPTING-THE-FOLLOWING-TWO-PARCELS:

EXCEPTION-PARCEL-ONE
TO-ARRIVE-AT-THE-POINT-OF-BEGINNING-COMMENCE-AT-A-POINT-IN-THE-SOUTHERLY
RIGHT-OF-WAY-LINE-OF-WILD-DUNES-CIRCLE-(VARIABLE-WIDTH-PRIVATE-RIGHT-OF-WAY).
SAID-POINT-BEING-THE-NORTHEASTERLY-CORNER-OF-LOT-16,-HUNTERS-GREEN,-PHASE-I-AT
PORTERS-NECK-PLANTATION-AS-SHOWN-ON-A-MAP-RECORDED-IN-MAP-BOOK-35-AT-PAGE-132
IN-THE-NEW-HANOVER-COUNTY-REGISTRY.-THENCE,-WITH-THE-EASTERLY-LINE-OF-SAID-LOT
16,-SOUTH-10-DEGREES-06-MINUTES-48-SECONDS-WEST-A-DISTANCE-OF-143.46-FEET-TO-A
POINT-IN-THE-NORTHERLY-LINE-OF-"GOLF-MAINTENANCE-AREA"-AS-DESCRIBED-A-DEED
RECORDED-IN-DEED-BOOK-1637-AT-PAGE-206-IN-THE-NEW-HANOVER-COUNTY-REGISTRY.
THENCE,-WITH-SAID-NORTHERLY-LINE,-NORTH-79-DEGREES-53-MINUTES-12-SECONDS-WEST-A
DISTANCE-OF-42.60-FEET-TO-A-POINT.-THENCE,-SOUTH-10-DEGREES-06-MINUTES-08
SECONDS-WEST-A-DISTANCE-OF-270.41-FEET-TO-A-POINT.-THENCE-SOUTH-79-DEGREES-58
MINUTES-37-SECONDS-EAST-A-DISTANCE-OF-47.28-FEET-TO-POINT.-THENCE-SOUTH-10
DEGREES-06-MINUTES-08-SECONDS-WEST-A-DISTANCE-OF-61.65-FEET-TO-A-POINT.-THENCE
SOUTH-67-DEGREES-11-MINUTES-25-SECONDS-EAST-A-DISTANCE-OF-30.75-FEET-TO-THE
POINT-OF-BEGINNING;

THENCE-SOUTH-79-DEGREES-58-MINUTES-37-SECONDS-EAST-A-DISTANCE-OF-103.95-FEET-TO
A-POINT-IN-THE-EASTERLY-LINE-OF-AFORESAID-"GOLF-MAINTENANCE-AREA".-THENCE,-A
NEW-LINE,-SOUTH-18-DEGREES-49-MINUTES-26-SECONDS-WEST-A-DISTANCE-OF-151.79-FEET
TO-A-POINT.-THENCE-NORTH-79-DEGREES-58-MINUTES-37-SECONDS-WEST-A-DISTANCE-OF
99.38-FEET-TO-A-POINT.-THENCE-NORTH-10-DEGREES-06-MINUTES-08-SECONDS-EAST-A
DISTANCE-OF-111.19-FEET-TO-A-POINT.-THENCE-NORTH-35-DEGREES-31-MINUTES-03
SECONDS-EAST-A-DISTANCE-OF-42.99-FEET-TO-THE-POINT-OF-BEGINNING;-CONTAINING
0.37-ACRES,-MORE-OR-LESS.
```

# CERTIFICATE OF SERVICE

      I hereby certify that I have this day served a copy of the foregoing Claim of Lien upon all other parties to this cause by placing a copy of the same in the United States Mail, postage prepaid, addressed as follows:

Mr. Jason L. Hendren
Hendren, Redwine & Malone, PLLC
4600 Marriott Drive
   Suite 150
Raleigh, NC 27612

Attorney for Porters Neck Country Club, Inc.

Porters Neck County Club, Inc.
Attn: Mr. David Adams, President
8403 Vintage Club Drive
Wilmington, NC 28411

Porters Neck Country Club, Inc.
Attn: Mr. Marc Tingle, GM and COO
8403 Vintage Club Drive
Wilmington, NC 28411

      This the 13 day of November, 2019.

_____
Jerry A. Mannen, Jr.

CERTIFICATE OF SERVICE

      I, Jerry A. Mannen, Jr., of 102 North Fifth Avenue (P.O. Drawer 479), Wilmington, North Carolina, certify:

      That I am and at all times hereinafter mentioned was, more than eighteen (18) years of age;

      That on the 11th day of December, 2019, the forgoing Notice of Perfection of Statutory Lien was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have registered for electronic service. I further served a copy of the within pleading on Mr. Jason L. Hendren, attorney for debtor Porters Neck Country Club, Inc. and on the debtor, Porters Neck Country Club, Inc. by mailing a copy of same, postage prepaid, sealed in a secure envelope, and deposited in the United States Post Office, Wilmington, North Carolina, addressed as follows:

Mr. Jason L. Hendren  
Hendren, Redwine & Malone, PLLC  
4600 Marriott Drive  
  Suite 150  
Raleigh, NC 27612

Porters Neck County Club, Inc.  
Attn: Mr. David Adams, President  
8403 Vintage Club Drive  
Wilmington, NC 28411

      I certify under penalty of perjury that the foregoing is true and correct.

      Executed this the 11th day of December, 2019.

                                        YOW, FOX & MANNEN, L.L.P.

                                        By: s/Jerry A. Mannen, Jr.  
                                                Jerry A. Mannen, Jr.