IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:21-CV-00083-BO

| | |
|---|---|
| PORTERS NECK LIMITED, LLC, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| PORTERS NECK COUNTRY CLUB, ) | |
| INC., ) | |
| ) | |
| Appellee. ) | |
| _____ ) | |

Before the Court is the Appellant PNL's Motion to Dismiss its Appeal pursuant to Fed. R. Bankr. P. 8023 (the "Motion"), filed on August 2, 2021 [ECF # 8]. After review of the Motion, and with the consent of the Parties, the Court finds the relief requested should be granted.

IT IS HEREBY ORDERED that the Appellant's appeal shall be dismissed with prejudice and this matter closed.

SO ORDERED this the __15__ day of August, 2021.

*Terrence Boyle*
Terrence W. Boyle
UNITED STATES DISTRICT JUDGE